**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**  *Plaintiff,*  v.  **ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION,**  *Defendants*. | Case No. 1:25cv1638-AJT-WBP |

### PLAINTIFF FEDERAL TRADE COMMISSION'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO STAY PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS

Plaintiff Federal Trade Commission (the "Commission" or "FTC"), ("Plaintiff"), through its undersigned counsel, hereby respectfully submits the instant memorandum of law in support of its unopposed motion to stay proceedings in this action during the current United States government lapse of appropriations.

At the end of the day on September 30, 2025, the continuing resolution that had been funding the FTC expired, and appropriations to the FTC lapsed. The FTC currently lacks appropriated funds to continue operating and does not know when Congress will restore the agency's funding. Absent an appropriation, FTC attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Accordingly, the FTC's policy is to seek a stay of all pending litigation, as it has done in response to previous lapses in federal appropriations.

If this motion is granted, undersigned counsel will notify Defendants and the Court as soon as Congress has appropriated funds for the FTC. The FTC requests that the Court order the parties to meet and confer as soon as practicable after the FTC resumes normal operations regarding appropriate new deadlines based on the duration of the lapse in appropriations and to provide the Court with a revised proposed scheduling order establishing a schedule for this matter.

Denial of this motion by the Court would constitute express legal authorization for FTC attorneys to continue work. In the event of a denial of this motion, the FTC will continue to comply with the case deadlines in effect in this action.

Counsel for each Defendant has authorized counsel for the FTC to state that Defendants do not oppose this motion. All parties waive hearing on this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the FTC hereby moves the Court for an Order staying all proceedings in this action until Congress appropriates funds permitting the FTC to resume normal operations.

Dated: October 1, 2025

Respectfully submitted,

LINDSEY HALLIGAN
UNITED STATES ATTORNEY

/s/ *Dennis C. Barghaan, Jr.*
DENNIS C. BARGHAAN, JR.
Chief, Civil Division
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

*Local Counsel for Plaintiff Federal Trade Commission*

/s/ *Allyson M. Maltas*
ALLYSON M. MALTAS
Senior Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, D.C. 20580
Telephone: (202) 326-3646
Email: amaltas@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*