UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>                                  Plaintiff,<br>      v.<br><br>ZILLOW GROUP, INC., ZILLOW, INC., and<br><br>REDFIN CORPORATION,<br><br>                                  Defendants. | Civil Action No. 1:25-cv-1638 |

**JOINT MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER**

Plaintiff and Defendants jointly move for entry of the Proposed Joint Stipulated Scheduling Order attached hereto, which will govern Defendants' initial response to Plaintiff's complaint in the above-captioned action. As instructed by the Court's order dated October 6, 2025, ECF No. 15, Plaintiff Federal Trade Commission ("FTC" or "Commission") has met and conferred with Defendants Zillow Group, Inc., Zillow, Inc., and Redfin Corporation and (collectively, "Defendants"), as well as Plaintiffs in *Virginia v. Zillow Group, Inc*., Case No. 1:25-cv-01647, the Commonwealth of Virginia and States of Arizona, Connecticut, New York, and Washington. The parties' agreement is set out below and in the attached Proposed Scheduling Order. All parties agree to waive a hearing on this motion but are available should the Court desire a status conference.

      A.      **DEFENDANTS' RESPONSES TO COMPLAINTS**

Defendants will answer or file any motion(s) to dismiss the Complaints in the above-captioned action (as well as in Case No. 1:25-cv-01647) on or before January 13, 2026. In the

event that Defendants file a motion to dismiss, Plaintiff shall file its opposition to any such motion on or before February 3, 2026, and Defendants shall file any reply memorandum in further support of any such motion on or before February 12, 2026.  The parties will seek to have a hearing on any motion to dismiss on February 25, 2026, or at this Court's earliest convenience thereafter.

    **B.**     **OTHER MOTIONS**

Should any party to this action intend to file any other substantive motion at or near the deadline for Defendants' initial response to the Complaint, the parties shall meet and confer and provide the Court with a proposed briefing schedule with respect to any such motion.

Dated: November 26, 2025

Respectfully Submitted,

| **PLAINTIFF** | **DEFENDANTS** |
|---|---|
| /s/ | /s/ |
| DENNIS C. BARGHAAN, JR. | RYAN SHORES |
| Chief, Civil Division | DONALD BRUCE HOFFMAN |
| U.S. Attorney's Office | RATHNA RAMAMURTHI |
| 2100 Jamieson Avenue | Cleary Gottlieb Steen & Hamilton LLP |
| Alexandria, VA 22314 | 2112 Pennsylvania Avenue, NW |
| Telephone: (703) 299-3891 | Washington, DC 20037 |
| Email: dennis.barghaan@usdoj.gov | Telephone: 202-974-1500 |
|  | Email: rshores@cgsh.com |
| *Local Counsel for Plaintiff Federal Trade Commission* |  |
|  | HEATHER NYONG'O |
| /s/ | Cleary Gottlieb Steen & Hamilton LLP |
| ALLYSON M. MALTAS | 650 California Street, Suite 2000 |
| Senior Trial Counsel | San Francisco, CA 94108 |
| Federal Trade Commission | Telephone: (415) 796-4480 |
| Bureau of Competition | Fax: (415) 796-4499 |
| 600 Pennsylvania Avenue, NW | Email: hnyongo@cgsh.com |
| Washington, D.C. 20580 |  |
| Telephone: (202) 326-3646 | BEAU W. BUFFIER (NY Bar No. 3932050) |
| Email: amaltas@ftc.gov | 31 West 52nd Street, Fifth Floor |
|  | New York, New York 10019 |
| *Counsel for Plaintiff Federal Trade Commission* | Telephone: (917) 412 6461 |
|  | Fax: (866) 974-7329 |
|  | Email: bbuffier@wsgr.com |
|  |  |
|  | *Attorneys for Zillow Group, Inc, and Zillow, Inc.* |
|  |  |
|  | /s/ |
|  | DANIEL J. RICHARDSON |
|  | Sullivan & Cromwell LLP |
|  | 1700 New York Avenue NW |
|  | Washington, DC 20005 |
|  | Telephone: (202) 956-7024 |
|  | Facsimile: (202) 293-6330 |
|  | Email: richardsond@sullcrom.com |

SHARON L. NELLES (*pro hac vice*)
JEFFREY T. SCOTT (*pro hac vice*)

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: nelless@sullcrom.com
Email: scottj@sullcrom.com

KYLE W. MACH (*pro hac vice*)

Sullivan & Cromwell LLP
550 Hamilton Avenue
Palo Alto, CA 94301
Telephone: (650) 461-5600
Facsimile: (650) 461-5700
Email: machk@sullcrom.com

*Attorneys for Redfin Corporation*