## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>        *Plaintiff*,<br><br>    v.<br><br>ZILLOW GROUP, INC., ZILLOW INC.,<br>AND REDFIN CORPORATION,<br><br>        *Defendant*s. | Civil Action No. 1:25-cv-1638<br><br>Judge Anthony J. Trenga |
| COMMONWEALTH OF VIRGINIA,<br>STATE OF ARIZONA,<br>STATE OF CONNECTICUT,<br>STATE OF NEW YORK, and<br>STATE OF WASHINGTON,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>ZILLOW GROUP, INC., ZILLOW, INC.,<br>and REDFIN CORPORATION,<br><br>        *Defendants*. | Civil Action No. 1:25-cv-1647<br><br>Judge Anthony J. Trenga |

### DEFENDANTS' MOTION TO DISMISS

Defendants Zillow Group, Inc., Zillow, Inc., and Redfin Corporation respectfully move to dismiss the Complaint of the Federal Trade Commission (Dkt Nos. 2, 9) and the Complaint of Commonwealth of Virginia, State of Arizona, State of Connecticut, State of New York, and State of Washington (*Virgina v. Zillow*, No. 1:25-cv-1647, Dkt Nos 1, 9) pursuant to Federal Rule of Civil Procedure 12(b)(6). As explained more fully in the accompanying memorandum, both Complaints fail to state an antitrust claim.

Dated: January 13, 2026

/s/ Ryan A. Shores
Ryan A. Shores (VA 65934)
D. Bruce Hoffman (*pro hac vice*)
Blair W. Matthews (*pro hac vice*)
Rathna J. Ramamurthi (*pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1876
Fax: (202) 974-1999
Email: rshores@cgsh.com
Email: bhoffman@cgsh.com
Email: bmatthews@cgsh.com
Email: rramamurthi@cgsh.com

Heather Nyong'o (*pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
650 California Street, Suite 2400
San Francisco, CA 94108
Telephone: (415) 796-4480
Email: hnyongo@cgsh.com

Beau W. Buffier (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
31 West 52nd Street, Fifth Floor
New York, New York 10019
Telephone: (917) 412-6461
Email: bbuffier@wsgr.com

*Counsel for Defendants Zillow Group, Inc, and Zillow, Inc.*

/s/ Daniel J. Richardson
Daniel J. Richardson (VA 94961)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 956-7024
Email: richardsond@sullcrom.com

Sharon L. Nelles (*pro hac vice*)
Jeffrey T. Scott (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street

New York, NY 10004
Telephone: (212) 558-4000
Email: nelless@sullcrom.com
Email: scottj@sullcrom.com

Kyle W. Mach (*pro hac vice*)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, CA 94301
Telephone: (650) 461-5600
Email: machk@sullcrom.com

*Counsel for Defendant Redfin Corporation*