UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *Plaintiff*, v. ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION, *Defendants*. | Case No. 1:25-cv-1638 (AJT-WBP) |
| COMMONWEALTH OF VIRGINIA, STATE OF ARIZONA, STATE OF CONNECTICUT, STATE OF NEW YORK, and STATE OF WASHINGTON, *Plaintiffs*, v. ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION, *Defendants*. | Case No. 1:25-cv-01647 (AJT-WBP) |

**DECLARATION OF RYAN A. SHORES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Ryan A. Shores, declare as follows:

1. I am an attorney admitted to practice before this Court and a Partner of Cleary Gottlieb Steen & Hamilton LLP, co-counsel to Defendants Zillow Group, Inc. and Zillow, Inc. I respectfully submit this Declaration in Support of Defendants' Motion to Dismiss the Complaint of the Federal Trade Commission (Dkt Nos. 2, 9) and the Complaint of Commonwealth of

Virginia, State of Arizona, State of Connecticut, State of New York, and State of Washington (*Virgina v. Zillow*, No. 1:25-cv-1647, Dkt Nos 1, 9).

2. Attached as Exhibit A is a true and correct copy of Zillow's Investor Presentation on Rentals, dated May 2024.

Dated: January 13, 2026        Respectfully submitted,
                     */s/ Ryan A.Shores*
                     Ryan A. Shores (VA 65934)