# EXHIBIT A



May 2024

# Investor Presentation — Rentals

## ZILLOW®GROUP

# Legal Disclosure

Note Regarding Forward-Looking Statements: This presentation contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934 that involve risks and uncertainties, including, without limitation, statements regarding our beliefs about our strategies, future performance, and future targets for Rentals, the market for rental listings and properties, renter and property manager behavior, and our expectations about our ability to translate our strategies into financial performance.

Statements containing words such as "may," "believe," "anticipate," "expect," "intend," "plan," "project," "predict," "will," "projections," "continue," "estimate," "outlook," "opportunity," "guidance," "would," "could," "strive," or similar expressions constitute forward-looking statements. Unless otherwise noted in the presentation, forward-looking statements are made based on assumptions as of May 1, 2024, and although we believe the expectations reflected in the forward-looking statements are reasonable, we cannot guarantee these results. Differences in Zillow Group's actual results from those described in these forward-looking statements may result from actions taken by Zillow Group as well as from risks and uncertainties beyond Zillow Group's control. Factors that may contribute to such differences include, but are not limited to: the current and future health and stability of the economy and United States residential real estate industry, including changes in inflationary conditions, interest rates, housing availability and affordability, labor shortages and supply chain issues; our ability to manage advertising and product inventory and pricing and maintain relationships with property managers; our ability to continue to innovate and compete successfully to attract renters and property managers; our ability to effectively invest resources to pursue new strategies, develop new products and services and expand existing products and services into new markets; the duration and impact of natural disasters, geopolitical events, and other catastrophic events (including public health crises); our ability to maintain adequate security measures or technology systems, or those of third parties on which we rely, to protect data integrity and the information and privacy of our customers and other third parties; the impact of pending or future litigation and other disputes or enforcement actions; our ability to attract, engage, and retain a highly skilled, remote workforce; acquisitions, investments, strategic partnerships, capital-raising activities, or other corporate transactions or commitments by us or others; our ability to continue relying on third-party services to support critical functions of our business; our ability to protect and continue using our intellectual property and prevent others from copying, infringing upon, or developing similar intellectual property, including as a result of generative artificial intelligence; and our ability to comply with domestic and international laws, regulations, rules, contractual obligations, policies and other obligations to support our business and operations.

The foregoing list of risks and uncertainties is illustrative but not exhaustive. For more information about potential factors that could affect Zillow Group's business and financial results, please review the "Risk Factors" described in Zillow Group's SEC filings. Except as may be required by law, Zillow Group does not intend and undertakes no duty to update this information to reflect future events or circumstances.

Note Regarding Data and Estimates: This presentation contains market and industry data and estimates made by independent parties and by Zillow Group relating to market size, opportunity, audience, engagement, growth and other factors related to Zillow Rentals and the rentals industry. These data and estimates involve a number of assumptions and limitations, which may significantly impact their accuracy, and you are cautioned not to give undue weight to such estimates. Projections, assumptions and estimates of future performance are necessarily subject to a high degree of uncertainty and risk.

Note Regarding Terminology: As used in this presentation, the following terms have the meanings specified below unless otherwise noted or the context indicates otherwise:
- Longtail: Residential rental property with less than 25 rental units, including single-family homes.
- Multifamily: Residential rental property with 25 or more rental units.
- Rental Unit: Residential rental unit occupied or intended for occupancy as separate living quarters.
- Vacancy: Rental unit which is unoccupied or available for rent for residential use.
- Rental Listing or Listing: Vacancy that is advertised as available for rent.

The trademarks included herein are the property of the owners thereof and are used for reference purposes only.



# Zillow Rentals Overview

Largest residential real estate brand and audience[1], building the most comprehensive rental listings marketplace for renters and property managers

**Big Customer Problem**
Renter movers are 3x number of for-sale movers. Fragmented listings with no nationwide marketplace having 100% rental listing coverage

**Our Zillow Rentals Solution**
Zillow, the housing super app — building most comprehensive set of rental listings and end-to-end transaction solutions for renters and property managers

**Leading Real Estate Brand Translates to Leading Rentals Brand**
Leading residential real estate brand drives leading online rental audience, search position, traffic and preference among renters[2]

**Deep Technology and Marketplace Expertise**
Engineering- and product-first, founder-led company using our technology expertise to deliver value to renters and property managers, building unique two-sided marketplace

**Unique Supply Driving Two-Sided Marketplace Growth**
>50% of all vacant listings are on Zillow Rentals today[2], with limited rentals marketing to date. Clear opportunity to increase marketing efforts and accelerate two-sided marketplace growth

**Large Audience and Listing Opportunity in Multifamily Rentals**
Only 35% of multifamily listings and 30% of multifamily rental audience on Zillow Rentals in 2023[2]. Focused on growing multifamily brand awareness and continuing to grow share of multifamily properties advertising on Zillow today

**$1B+ Revenue Opportunity in Rentals**
Our rentals marketplace has grown at a 42% revenue CAGR since 2015, and we see more than a $1 billion revenue opportunity over time[2]

1.   Comscore data for the year ended December 31, 2023.
2.   See subsequent slides for further information on the calculation and sources for statistical data provided on this slide. See Legal Disclosure slide for additional information about our forward-looking statements.

3



**PROBLEM:**
# Fragmented Rentals Marketplace

Renter movers are 3x the number of for-sale movers



## Rentals

No MLS system
No single marketplace
with 100% rental listing
coverage

**48M**
2023 Rental Units[1]

**17M**
2023 Vacancies[2]



**26M**
longtail (<25 units) total

**22M**
multifamily (25+ units) total

**8M**
longtail

**9M**
multifamily

**60%**[2] listed on Zillow

**35%**[2] listed on Zillow

## For Sale

MLS system
provides nearly
complete coverage
of for-sale properties

**~100M**
Owned Homes[3]

**4.8M**
2023 Homes Sold[4]

**Nearly all** listed on Zillow

1.  2023 year end estimates derived from the U.S. Census Bureau's Current Population Survey dated January 30, 2024, and the 2021 Rental Housing Finance Survey, U.S. Department of Housing and Urban Development.
2.  Zillow internal data and estimates for 2023.
3.  U.S. Census Bureau's Current Population Survey dated January 30, 2024.
4.  New and existing homes sold in 2023 according to the National Association of REALTORS® Economic Outlook as of December 2023.

ZILLOW®GROUP

SOLUTION:
# Most Comprehensive Marketplace for Renters and Property Managers

Building the most comprehensive set of rental listings to serve all renters and property managers



**High-quality traffic[1] and leads to property managers**

**Large coverage of rental listings across longtail and multifamily, with 1.8M active rental listings[2]**

**Rentals Marketplace**

**Largest consumer audience with ~27M monthly unique visitors[3]**

**Focus on consumer experience drives #1 preference among renters[1]**

1.  Zillow Group internal data and estimates.
2.  Zillow Group internal data and estimates as of March 31, 2024.
3.  Average monthly unique visitors on Zillow Rentals for January 2024–March 2024 estimated using Comscore data.

ZILLOW GROUP

**SOLUTION:**

# Rentals is Part of Zillow's Housing Super App

Designed to provide renters with a delightful experience and property managers with the tools to manage and fill listings



Screen and app images are simulated for illustrative purposes. They may not be an exact representation of the product, and not all features are available on all listings or listing types.

ZILLOW GROUP

# Large Addressable Market Opportunity

$25B rental market driven by high annual unit turnover

| 2023 Estimates | Longtail (<25 units) | Multifamily (25+ units) | Total |
|---|:---:|:---:|:---:|
| Rental properties[1] | 17M | 140K | **17M** |
| Rental units[1] | 26M | 22M | **48M** |
| Average unit turnover[2] | 30% | 40% | **35%** |
| Units turned over annually | 8M | 9M | **17M** |
| Zillow Rentals listing share[2] | 60% | 35% | **50%** |
| | | | |
| Total addressable market (TAM)[3] | | | **$25B** |
| Zillow Rentals revenue share of TAM | | | **1%** |

1. 2023 year end estimates derived from the U.S. Census Bureau's Current Population Survey dated January 30, 2024, and the 2021 Rental Housing Finance Survey, U.S. Department of Housing and Urban Development.
2. Zillow Group internal data and estimates.
3. See Part I, Item 1 in our Annual Report on Form 10-K for the year ended December 31, 2023, for further information on our calculation of total property manager advertising and technology spend.

7



# Leading Category Internet Search Position

Zillow Rentals is most searched rentals marketplace



Source: Google Trends (2014–2023) for search terms "Zillow rentals," "apartments.com," "Rent.com," "apartmentlist," "zumper."

ZILLOWGROUP

# Leading Rentals Traffic

Product-led Zillow Rentals platform and unique listings[1] drive market-leading renter audience with limited marketing spend

**Comscore Average Monthly Unique Visitors[2]**



1.    Zillow Group internal data and estimates as of March 31, 2024.
2.    Average monthly unique visitors on Zillow Rentals for September 2023–March 2024 estimated using Comscore data.

9    

# >50% Vacant Listings Share with Limited Marketing to Date

Large share of listings driven by strength of brand, products and services to renters and property managers

## Trailing Twelve Months (TTM) Share of Vacant Listings and Zillow Rentals Marketing Spend



■ TTM % of U.S. vacant listings on Zillow[1]

■ TTM Zillow Rentals marketing spend

1.  Zillow Group internal data and estimates.

ZILLOW GROUP

# Multifamily Rentals Delivering Strong Growth

80% of Zillow's multifamily revenue is in a paid inclusion[1] subscription model

## Zillow Multifamily Properties[2]



## Zillow Multifamily Revenue (Trailing Twelve Months)



1. Paid inclusion revenue excludes Zillow Lease Connect and pay-per-lease revenue.
2. Includes Zillow, Trulia and HotPads mobile apps and websites.

11    

# Multifamily Audience Growth Opportunity

Only 30% of multifamily audience on Zillow today — opportunity to accelerate awareness and share with targeted marketing campaign

## Large Multifamily Audience Opportunity

**~70%**
not on Zillow Rentals

**~30%**
on Zillow Rentals



Monthly multifamily renter traffic[1]

## 2024 Multifamily Rentals Brand Awareness Campaign





1.    Zillow internal estimates based upon Comscore data as of March 31, 2024.



# Executing Revenue Growth with $1B+ Revenue Opportunity[1]

Built unique longtail rental platform to fuel organic growth, now focused on scaling revenue across the marketplace



**Trailing Twelve Months (TTM) Rentals Revenue**

$380M

42% CAGR Q4'15 –Q1'24

**2018–2022**
Built sustainable longtail rental platform

**2022+**
Accelerating multifamily properties and revenue

Longtail, StreetEasy and other

Multifamily

$21M

Q4'15 Q1'16 Q2'16 Q3'16 Q4'16 Q1'17 Q2'17 Q3'17 Q4'17 Q1'18 Q2'18 Q3'18 Q4'18 Q1'19 Q2'19 Q3'19 Q4'19 Q1'20 Q2'20 Q3'20 Q4'20 Q1'21 Q2'21 Q3'21 Q4'21 Q1'22 Q2'22 Q3'22 Q4'22 Q1'23 Q2'23 Q3'23 Q4'23 Q1'24

1.    Zillow internal data and estimates. See Legal Disclosure slide for additional information about our forward-looking statements.

13    ZILLOW GROUP

