IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-01638 (AJT/WBP) |
| | ) | |
| ZILLOW GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court scheduled a weekly status conference for February 10, 2026. (ECF No. 82.) In their most recent Joint Status Report, the parties state that no outstanding issues require oral argument and ask the Court to cancel the status conference. (ECF No. 91 at 3.) The parties agree, the request demonstrates good cause, and the requested relief is proper. Accordingly, the Court ORDERS as follows:

1. The Court CANCELS the status conference scheduled for February 10, 2026.

2. The Court SCHEDULES a status conference for 11:00 a.m. on February 17, 2026. The parties must file a joint status report by 3:00 p.m. on February 16, 2026. The report must:

   a. include a proposed agenda for the status conference and identify any outstanding issues and each party's position on those issues; and

   b. inform the Court as to each side's position on whether the Court should continue to hold weekly status conferences or schedule them at some other interval.

Entered this 9th day of February 2026.

                                                                                                      William B. Porter

Alexandria, Virginia                                      United States Magistrate Judge