IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-01638 (AJT/WBP) |
| ) | |
| ZILLOW GROUP, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The Court scheduled a status conference scheduled for February 17, 2026. (ECF No. 92.) In their most recent Joint Status Report, the parties state that no outstanding issues require oral argument and ask the Court to cancel the status conference. (ECF No. 94 at 3.) The parties agree, the request demonstrates good cause, and the requested relief is proper. Accordingly, the Court ORDERS as follows:

1. The Court CANCELS the status conference scheduled for February 17, 2026.

2. The Court SCHEDULES a status conference for 11:00 a.m. on February 24, 2026. The parties must file a joint status report by 3:00 p.m. on February 23, 2026. The report must:

    a. include a proposed agenda for the status conference; and

    b. identify any outstanding issues and each party's position on those issues.

Entered this 16th day of February 2026.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia