# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** *Plaintiff*, v. **ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION,** *Defendants*. | Case No. 1:25-cv-1638 (AJT-WBP) |
| **COMMONWEALTH OF VIRGINIA, STATE OF ARIZONA, STATE OF CONNECTICUT, STATE OF NEW YORK, and STATE OF WASHINGTON,** *Plaintiffs*, v. **ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION,** *Defendants*. | Case No. 1:25-cv-1647 (AJT-WBP) |

## JOINT STATUS REPORT: March 9, 2026

Plaintiff Federal Trade Commission ("FTC" or "Commission") and Plaintiffs Commonwealth of Virginia and States of Arizona, Connecticut, New York, and Washington ("State Plaintiffs," collectively with FTC, "Plaintiffs"), and Defendants Zillow Group, Inc., Zillow, Inc. (collectively, "Zillow"), and Redfin Corporation ("Redfin", collectively with Zillow, "Defendants") (together, the "Parties"), submit this Joint Status Report.

The Parties have continued to work productively and efficiently to meet case and discovery deadlines this week:

- The Parties are working diligently to meet case deadlines, including Plaintiffs making expert disclosures today.
- The Parties are working together to schedule party and third party depositions.
- Defendants continued to make document productions and are finalizing document productions in accordance with an agreement between the Parties.
- Thus far, Zillow has produced approximately 260,000 custodial and 1,100 noncustodial documents, and Redfin has produced approximately 200,000 custodial and 500 noncustodial documents.
- Plaintiffs continue to review Defendants' document productions to confirm substantial completion and compliance with the Parties' discovery agreements. Plaintiffs have sent multiple communications regarding Defendants' productions of data and documents, some of which the Parties resolved and others that remain outstanding. Defendants are reviewing Plaintiffs' outstanding questions and responding to them on a rolling basis, as information becomes available.
- The Parties are continuing to engage on questions related to privilege logs for Defendants' productions.
- The Parties have served document subpoenas on numerous third parties. Some third parties have begun making document productions and other requests are outstanding.

At this time, the Parties have no areas of impasse for the Court to resolve. Accordingly, the Parties ask the Court to cancel the Joint Status Conference scheduled for March 10, 2026, or

in the alternative, to hold a remote telephonic check-in.

Dated: March 9, 2026

                                          TODD W. BLANCHE
                                          DEPUTY ATTORNEY GENERAL

                                          /s/ *Dennis C. Barghaan, Jr.*
                                          DENNIS C. BARGHAAN, JR.
                                          Chief, Civil Division
                                          U.S. Attorney's Office
                                          2100 Jamieson Avenue
                                          Alexandria, VA 22314
                                          Telephone: (703) 299-3891
                                          Fax: (703) 299-3983
                                          Email: dennis.barghaan@usdoj.gov

                                          *Local Counsel for Plaintiff Federal Trade Commission*

                                          **FOR PLAINTIFF FEDERAL TRADE COMMISSION:**

                                          /s/ *Allyson M. Maltas*
                                          ALLYSON M. MALTAS
                                          Federal Trade Commission
                                          600 Pennsylvania Avenue, NW
                                          Washington, DC 20580
                                          Telephone: (202) 326-3646
                                          Email: amaltas@ftc.gov

                                          *Attorney for Plaintiff Federal Trade Commission*

                                          **FOR PLAINTIFF COMMONWEALTH OF VIRGINIA:**

                                          JAY JONES
                                          Attorney General of Virginia

                                          /s/ *Tyler T. Henry*
                                          Tyler T. Henry (Virginia Bar No. 87621)
                                          Senior Assistant Attorney General
                                          Antitrust Unit
                                          Office of the Attorney General of Virginia

202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 692-0485
Email: thenry@oag.state.va.us

*Counsel for Plaintiff Commonwealth of Virginia and Local Counsel for Plaintiffs Arizona, Connecticut, New York, and Washington*

**FOR PLAINTIFF STATE OF ARIZONA:**

KRISTIN K. MAYES
Attorney General of Arizona

SARAH PELTON (admitted *pro hac vice*)
Office of the Arizona Attorney General
Consumer Protection & Advocacy Section
2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: (602) 542-3725
Email: Sarah.Pelton@azag.gov

*Counsel for Plaintiff State of Arizona*

**FOR PLAINTIFF STATE OF CONNECTICUT:**

WILLIAM TONG
Attorney General of Connecticut

NICOLE DEMERS
Deputy Associate Attorney General

JULIÁN A. QUIÑONES REYES (admitted *pro hac vice*)
Assistant Attorney General
Office of the Connecticut Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5030
Email: Julian.Quinones@ct.gov

*Counsel for Plaintiff State of Connecticut*

**FOR PLAINTIFF STATE OF NEW YORK:**

LETITIA JAMES

Attorney General of New York

ELINOR R. HOFFMANN (admitted *pro hac vice*)
Chief, Antitrust Bureau
AMY MCFARLANE (admitted *pro hac vice*)
Deputy Bureau Chief, Antitrust Bureau
MICHAEL SCHWARTZ (admitted *pro hac vice*)
Senior Enforcement Counsel
MARIA LUISA DI LAURO (admitted *pro hac vice*)
Assistant Attorney General

New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8269
Email: Elinor.Hoffmann@ag.ny.gov

*Counsel for Plaintiff State of New York*

**FOR PLAINTIFF STATE OF WASHINGTON:**

NICHOLAS W. BROWN
Attorney General of Washington

AMY N. L. HANSON (admitted *pro hac vice*)
Senior Managing Assistant Attorney General
TYLER W. ARNOLD (admitted *pro hac vice*)
Assistant Attorney General
Antitrust Division

Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 464-5419 (Hanson)
Telephone: (206) 464-7030 (Arnold)
Email: amy.hanson@atg.wa.gov
Email: tyler.arnold@atg.wa.gov

*Counsel for Plaintiff State of Washington*

**FOR DEFENDANTS ZILLOW GROUP, INC, AND ZILLOW, INC.:**

Ryan A. Shores
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1876
Email: rshores@cgsh.com

D. Bruce Hoffman
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1784
Email: bhoffman@cgsh.com

Rathna J. Ramamurthi
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1515
Email: rramamurthi@cgsh.com

Heather Nyong'o
Cleary Gottlieb Steen & Hamilton LLP
650 California Street, Suite 2400
San Francisco, CA 94108
Telephone: (415) 796-4480
Email: hnyongo@cgsh.com

Matthew Rosenthal
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2513
Email: hnyongo@cgsh.com

Beau W. Buffier
Wilson Sonsini Goodrich & Rosati
31 West 52nd Street, Fifth Floor
New York, New York 10019
Telephone: (917) 412-6461
Email: bbuffier@wsgr.com

*Counsel for Defendants Zillow Group, Inc, and Zillow, Inc.*

**FOR DEFENDANT REDFIN CORPORATION:**
Daniel J. Richardson
Sullivan & Cromwell LLP
1700 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 956-7024
Email: richardsond@sullcrom.com

Sharon L. Nelles
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Email: nelless@sullcrom.com

Jeffrey T. Scott
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Email: scottj@sullcrom.com

Kyle W. Mach
Sullivan & Cromwell LLP
550 Hamilton Avenue
Palo Alto, CA 94301
Telephone: (650) 461-5600
Email: machk@sullcrom.com

*Counsel for Defendant Redfin Corporation*

**Certificate of Service**

I, Dennis C. Barghaan, Jr., certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record, and parties may access the filing through the Court's system.

Dated: March 9, 2026

    /s/ *Dennis C. Barghaan, Jr.*

DENNIS C. BARGHAAN, JR.
Chief, Civil Division
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

*Local Counsel for Plaintiff Federal Trade Commission*