# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-01638 (AJT/WBP) |
| | ) | |
| ZILLOW GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court scheduled a weekly status conference for April 14, 2026. (ECF No. 139.) In their most recent Joint Status Report, the parties state that no outstanding issues require oral argument and ask the Court to cancel the status conference. (ECF No. 143 at 2.) The parties agree, the request demonstrates good cause, and the requested relief is proper. Accordingly, the Court ORDERS as follows:

1.    The Court CANCELS the status conference scheduled for April 14, 2026.

2.    The Court SCHEDULES a status conference for 11:00 a.m. on April 21, 2026. The parties must file a joint status report by 3:00 p.m. on April 20, 2026. The report must include a proposed agenda for the status conference and identify any outstanding issues and each party's position on those issues.

Entered this 13th day of April 2026.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia