**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

FEDERAL TRADE COMMISSION,      )
                               )
      Plaintiff,               )
                               )
v.                             )          Case No. 1:25-cv-01638 (AJT/WBP)
                               )
ZILLOW GROUP, INC., et al.,    )
                               )
      Defendants.              )

## <u>ORDER</u>

The Court scheduled a weekly status conference for April 21, 2026. (ECF No. 144.) In their most recent Joint Status Report, the parties ask for a 13-day extension to depose Defendants' expert due to his international travel plans. (ECF No. 146 at 2–3.) The parties also state that no outstanding issues require oral argument and ask the Court to cancel the status conference. (*Id*. at 3.) The parties agree, the request demonstrates good cause, and the requested relief is proper. Accordingly, the Court ORDERS as follows:

1.      The Court GRANTS the parties leave to depose Defendants' expert on or before May 21, 2026.

2.      The Court CANCELS the status conference scheduled for April 21, 2026.

3.      The Court SCHEDULES a status conference for 11:00 a.m. on April 28, 2026. The parties must file a joint status report by 3:00 p.m. on April 27, 2026. The report must include a proposed agenda for the status conference and identify any outstanding issues and each party's position on those issues.

Entered this 20th day of April 2026.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia