**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-01638 (AJT/WBP) |
| | ) | |
| ZILLOW GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

The Court scheduled a weekly status conference for April 28, 2026. (ECF No. 147.) In their most recent Joint Status Report, the parties state that no outstanding issues require oral argument and ask the Court to cancel the status conference. (ECF No. 150 at 2.) The parties agree, the request demonstrates good cause, and the requested relief is proper. Accordingly, the Court ORDERS as follows:

1.    The Court CANCELS the status conference scheduled for April 28, 2026.

2.    The Court SCHEDULES a status conference for 11:00 a.m. on May 5, 2026. The parties must file a joint status report by 3:00 p.m. on May 4, 2026. The report must include a proposed agenda for the status conference and identify any outstanding issues and each party's position on those issues.

Entered this 27th day of April 2026.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia