**IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br>                Plaintiff, <br>      v. <br><br> ZILLOW GROUP, INC., *et al.*, <br><br>                Defendants. | Case No. 1:25-cv-1638-AJT-WBP |
| COMMONWEALTH OF VIRGINIA, *et al.*, <br><br>                Plaintiffs, <br>      v. <br><br> ZILLOW GROUP, INC., *et al.*, <br><br>                Defendants. | Case No. 1:25-cv-1647-AJT-WBP |

## ORDER

On May 14, 2026, the Court held a final pretrial conference on this matter. As instructed by the Court during the conference, it is hereby

**ORDERED** that any dispositive motions be filed on or before June 10, 2026, and that oral argument for any dispositive motions shall be heard on July 8, 2026 at 10:00 a.m. in Courtroom 900; and it is further

**ORDERED** that the bench trial in this matter is set for Monday, August 24, 2026. With respect to the trial, the Court orders as follows:

I.  On **Monday, August 24, 2026**, the Court will convene at **9:00 a.m.** to address any preliminary matters, and trial will begin at 10:00 a.m.  Thereafter, beginning on Tuesday, August 25, 2026, and through the remainder of trial, the Court will begin trial at 9:30 a.m., although counsel should be present by 9:00 a.m., unless otherwise informed by the Court.

Subject to the exigencies of the case the Court will take a lunch recess from 1:00 p.m. to 2:00 p.m. and recess between 5:30 p.m. and 6:00 p.m. daily. Trial proceedings will take place in Courtroom 900.

II.  **Pretrial Motions**. All motions *in limine* or other trial-related motions shall be filed no later than ten (10) days before trial is scheduled to begin.

III.  **Technology in Court**

A.  **Personal Electronic Devices.**  Cell phones may be brought into the courthouse but will be locked in a secured pouch. In the courtroom, the Court only permits electronic devices that will be used to aid in the presentation of evidence at trial, such as laptop computers and other related equipment, and only with the Court's prior authorization. **Personal electronic devices, other than cell phones, are not permitted**.

B.  **Evidence Presentation Systems.**  In order to bring approved electronic devices for the presentation of evidence into the courthouse, Counsel must obtain authorization from the Court.  If Counsel desires to use the Court's evidence presentation system, it also must request use prior to trial.  Counsel must submit the completed forms via CM/ECF at least **seven (7) days before trial**.  Once the Court has approved the request, counsel will receive a Notice of Electronic Filing (NEF).  Counsel is advised to bring the signed form to the courthouse on the dates requested and to present it to the court security officers (CSOs) at the entry of the courthouse.  The electronic authorization form and the evidence presentation form are available here: https://rb.gy/9022g (shortened URL).

C.  **Orientation to Evidence Presentation Systems.**  Orientation prior to any use of the equipment is required.  Once you have received approval to use the evidence presentation system, please email the Court Technology Administrator at courtroom_tech@vaed.uscourts.gov to schedule an orientation. **Please include the anticipated date(s) of orientation on the electronic authorization form submitted to the court**.  Orientations are for learning how to use the courthouse's evidence presentation system and testing the attorneys' laptop computer connections.  Practicing presentations and preparing witnesses is not allowed.

D.  **Additional Information.**  Additional information regarding the Court's evidence presentation system is available here: https://www.vaed.uscourts.gov/evidence-presentation-system.

IV.   **Exhibit and Witnesses Lists**

    A.  The parties shall place all proposed trial exhibits in binders, properly tabbed, numbered, and indexed, shall be delivered to the opposing party, **seven (7) days** before trial.

    B.  The parties are directed to meet and confer with respect to all outstanding objections to exhibits; and to resolve to the maximum extent possible any such objections.

    C.  Each party will submit to the Court, **five (5) days before trial**, a list of the other party's exhibits to which an objection remains outstanding and as to each such exhibit, a brief justifying the remaining objection.

    D.  In those instances where an objection is asserted to only a portion of an exhibit, the objecting party should submit a version of the exhibit that it does not object to. For example, where only a portion of an exhibit is objected to on the grounds of hearsay, relevance or lack of personal knowledge, the objecting party should submit a proposed redacted version of the exhibit.

    E.  Each party will submit to the Court, **five (5) days before trial**, a witness list, an exhibit list, and three (3) binders of all proposed trial exhibits, properly tabbed, numbered, and indexed.

V.   **Findings of Fact and Conclusions of Law.** Counsel should file proposed findings of fact and conclusions of law, along with any stipulated facts, at least **five (5) days prior to trial**. Courtesy copies of all of these documents in Microsoft Word format should be emailed to my law clerk at owen_mcaleer@vaed.uscourts.gov by the same date.

VI.   If any party anticipates significant unresolved issues, other than those that are or will be the subject of motions, please alert the Court as soon as possible. This Order is not intended to modify the parties' obligations under any previous Order.

### Contact Information

| | | |
|---|---|---|
| Judicial Assistant | Kristina Brown | (703) 299-2113 |
| Law Clerk | Owen McAleer | (703) 299-2202 |

    The Clerk is directed to send a copy of this Order to all counsel of record.

May 14, 2026
Alexandria, Virginia

Anthony J. Trenga
Senior U.S. District Judge

3