## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>*Plaintiff,*<br><br>v.<br><br>**ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION,**<br><br>*Defendants.* | Case No. 1:25-cv-1638 (AJT-WBP) |
| **COMMONWEALTH OF VIRGINIA, STATE OF ARIZONA, STATE OF CONNECTICUT, STATE OF NEW YORK, and STATE OF WASHINGTON,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION,**<br><br>*Defendants.* | Case No. 1:25-cv-1647 (AJT-WBP) |

### JOINT STATUS REPORT: May 18, 2026

Plaintiff Federal Trade Commission ("FTC" or "Commission") and Plaintiffs

Commonwealth of Virginia and States of Arizona, Connecticut, New York, and Washington

("State Plaintiffs," collectively with FTC, "Plaintiffs"), and Defendants Zillow Group, Inc.,

Zillow, Inc. (collectively, "Zillow"), and Redfin Corporation ("Redfin", collectively with Zillow, "Defendants") (together, the "Parties"), submit this Joint Status Report.

- The Parties have two additional depositions scheduled for this week. Rocket's 30(b)(6) deposition will take place on May 19, 2026, (Dkt. No. 153) and Defendants' expert deposition will take place on May 21, 2026 (Dkt. No. 147).

- Defendants served a 7-page Sur-Reply Expert Report earlier today, which they contend responds to new analyses or arguments made in the 121-page rebuttal report of Plaintiffs' expert. This report was served without leave of court, in order to understand Plaintiffs' position regarding the sur-reply before involving the Court, 10 days after the close of fact and expert discovery but 3 days prior to his deposition. Given that they just received this report, Plaintiffs are still in the process of substantively reviewing it to determine the scope and impact of these new analyses, and therefore reserve all rights to move the Court to strike the submission of Defendants' supplemental expert report as inappropriate and prejudicial, and exclude any related testimony.

- The Parties are continuing to confer on pre-trial matters, including a comprehensive proposed schedule for post-discovery litigation deadlines.

- The Court held the Final Pretrial Conference on May 14, 2026. The Court set the deadline for filing summary judgment motions by June 10, 2026, and the summary judgment hearing on July 8, 2026. The Court set a bench trial date for August 24, 2026, and directed the Parties to schedule a Settlement Conference with the Magistrate Judge (Dkt. No. 161).

At this time, the Parties have no areas of impasse for the Court to resolve. Accordingly,

the Parties ask the Court to cancel the Joint Status Conference scheduled for May 19, 2026, or in the alternative, to hold a remote telephonic check-in.  Additionally, given the posture of the case and the upcoming pre-trial deadlines, the Parties have agreed that the weekly status conferences are no longer necessary and request the Court to cancel future Joint Status Conferences.

Dated: May 18, 2026

TODD BLANCHE
ACTING ATTORNEY GENERAL


 /s/ *Dennis C. Barghaan, Jr.*
DENNIS C. BARGHAAN, JR.
Chief, Civil Division
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

*Local Counsel for Plaintiff Federal Trade Commission*

**FOR PLAINTIFF FEDERAL TRADE COMMISSION:**

 /s/ *Allyson M. Maltas*
ALLYSON M. MALTAS
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3646
Email: amaltas@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*

**FOR PLAINTIFF COMMONWEALTH OF VIRGINIA:**

JAY JONES
Attorney General of Virginia

 /s/ *Tyler T. Henry*
TYLER T. HENRY (Virginia Bar No. 87621)
Senior Assistant Attorney General
Antitrust Unit
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 692-0485

4

Email: thenry@oag.state.va.us

*Counsel for Plaintiff Commonwealth of Virginia and Local Counsel for Plaintiffs Arizona, Connecticut, New York, and Washington*

**FOR PLAINTIFF STATE OF ARIZONA:**

KRISTIN K. MAYES
Attorney General of Arizona

SARAH PELTON (admitted *pro hac vice*)
Office of the Arizona Attorney General
Consumer Protection & Advocacy Section
2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: (602) 542-3725
Email: Sarah.Pelton@azag.gov

*Counsel for Plaintiff State of Arizona*

**FOR PLAINTIFF STATE OF CONNECTICUT:**

WILLIAM TONG
Attorney General of Connecticut

NICOLE DEMERS
Deputy Associate Attorney General

JULIÁN A. QUIÑONES REYES (admitted *pro hac vice*)
Assistant Attorney General
Office of the Connecticut Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5030
Email: Julian.Quinones@ct.gov

*Counsel for Plaintiff State of Connecticut*

**FOR PLAINTIFF STATE OF NEW YORK:**

LETITIA JAMES
Attorney General of New York

ELINOR R. HOFFMANN (admitted *pro hac vice*)

5

Chief, Antitrust Bureau
AMY MCFARLANE (admitted *pro hac vice*)
Deputy Bureau Chief, Antitrust Bureau
MICHAEL SCHWARTZ (admitted *pro hac vice*)
Senior Enforcement Counsel
MARIA LUISA DI LAURO (admitted *pro hac vice*)
Assistant Attorney General

New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8269
Email: Elinor.Hoffmann@ag.ny.gov

*Counsel for Plaintiff State of New York*

**FOR PLAINTIFF STATE OF WASHINGTON:**

NICHOLAS W. BROWN
Attorney General of Washington

AMY N. L. HANSON (admitted *pro hac vice*)
Senior Managing Assistant Attorney General
TYLER W. ARNOLD (admitted *pro hac vice*)
Assistant Attorney General
Antitrust Division

Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 464-5419 (Hanson)
Telephone: (206) 464-7030 (Arnold)
Email: amy.hanson@atg.wa.gov
Email: tyler.arnold@atg.wa.gov

*Counsel for Plaintiff State of Washington*

**FOR DEFENDANTS ZILLOW GROUP, INC, AND ZILLOW, INC.:**
Ryan A. Shores
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1876
Email: rshores@cgsh.com

6

D. Bruce Hoffman
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1784
Email: bhoffman@cgsh.com

Rathna J. Ramamurthi
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1515
Email: rramamurthi@cgsh.com

Heather Nyong'o
Cleary Gottlieb Steen & Hamilton LLP
650 California Street, Suite 2400
San Francisco, CA 94108
Telephone: (415) 796-4480
Email: hnyongo@cgsh.com

Matthew Rosenthal
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2513
Email: mrosenthal@cgsh.com

Beau W. Buffier
Wilson Sonsini Goodrich & Rosati
31 West 52nd Street, Fifth Floor
New York, New York 10019
Telephone: (917) 412-6461
Email: bbuffier@wsgr.com

*Counsel for Defendants Zillow Group, Inc, and Zillow, Inc.*

**FOR DEFENDANT REDFIN CORPORATION:**
Daniel J. Richardson
Sullivan & Cromwell LLP
1700 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 956-7024
Email: richardsond@sullcrom.com

7

Sharon L. Nelles
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Email: nelless@sullcrom.com

Jeffrey T. Scott
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Email: scottj@sullcrom.com

Kyle W. Mach
Sullivan & Cromwell LLP
550 Hamilton Avenue
Palo Alto, CA 94301
Telephone: (650) 461-5600
Email: machk@sullcrom.com

*Counsel for Defendant Redfin Corporation*

**Certificate of Service**

I, Dennis C. Barghaan, Jr., certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record, and parties may access the filing through the Court's system.

Dated: May 18, 2026

 /s/ *Dennis C. Barghaan, Jr.*
DENNIS C. BARGHAAN, JR.
Chief, Civil Division
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

*Local Counsel for Plaintiff Federal Trade Commission*