**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

FEDERAL TRADE COMMISSION,               )
                                        )
    Plaintiff,                          )
                                        )
v.                                      )          Case No. 1:25-cv-01638 (AJT/WBP)
                                        )
ZILLOW GROUP, INC., et al.,             )
                                        )
    Defendants.                         )

## ORDER

The Court scheduled a weekly status conference for May 19, 2026. (ECF No. 159.) In their most recent Joint Status Report, the parties state that no outstanding issues require oral argument and ask the Court to cancel the status conference. (ECF No. 163 at 3.) The parties agree, the request demonstrates good cause, and the requested relief is proper. Accordingly, the Court CANCELS the status conference scheduled for May 19, 2026.

    Entered this 19th day of May 2026.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia