**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| **FEDERAL TRADE COMMISSION,** *Plaintiff,* v. **ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION,** *Defendants.* | Case No. 1:25-cv-1638 (AJT-WBP) |
| **COMMONWEALTH OF VIRGINIA, STATE OF ARIZONA, STATE OF CONNECTICUT, STATE OF NEW YORK, and STATE OF WASHINGTON,** *Plaintiffs,* v. **ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION,** *Defendants.* | Case No. 1:25-cv-1647 (AJT-WBP) |

<u>**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**</u>

PURSUANT TO RULE 56(a), Plaintiff Federal Trade Commission ("FTC" or

"Commission") and Plaintiffs Commonwealth of Virginia and States of Arizona, Connecticut,

New York, and Washington ("State Plaintiffs," collectively with FTC, "Plaintiffs"), move the

Court to enter partial summary judgment in favor of Plaintiffs as to market definition, the

applicability of Section 7 of the Clayton Act to the acquisition of assets effectuated by the

Content License Agreement and Partnership Agreement (together, the "Agreements"), and the presumptive unlawfulness of that acquisition under Section 7 of the Clayton Act.

As set forth more fully in the attached Memorandum, the grounds for Plaintiffs' motion are as follows:

(1) There is no genuine dispute of fact over the existence of both a nationwide market for ILS advertising for rental properties and a nationwide market for ILS advertising for multifamily rental properties. The undisputed facts demonstrate that ILS advertising is a unique and differentiated advertising product that provides specialized services to rental advertising customers, including multifamily rental property managers, and that the competitive alternatives available to ILS advertising customers are all national ILSs. An assessment of qualitative and quantitative evidence establishes that Plaintiffs have met their burden to define these markets.

(2) There is no genuine dispute of fact that the Agreements effectuate an acquisition of assets under Section 7 of the Clayton Act, a broad and flexible statute that prohibits harm to competition from many different types of transactions. Under the Agreements, Zillow not only acquired assets including Redfin's customer relationships and confidential information, but also secured Redfin's exit from the market and the right to be the exclusive source of multifamily listings on Redfin's websites.

(3) There is no genuine dispute of fact that these Agreements are likely to substantially lessen competition and presumptively violate Section 7 of the Clayton Act because the relevant markets were highly concentrated prior to the Agreements, and the removal of Redfin from the market and the transfer of its customer relationships and

other assets to Zillow resulted in a significant increase in concentration. Analysis of concentration in the market using a variety of metrics establishes that the presumption of illegality applies here.

The grounds and reasons for granting this motion are stated with particularity in the accompanying memorandum of law and accompanying exhibits.

Dated: June 10, 2026

Respectfully submitted,

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

 /s/ *Dennis C. Barghaan, Jr.*
DENNIS C. BARGHAAN, JR.
Chief, Civil Division
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

*Local Counsel for Plaintiff Federal Trade Commission*

**FOR PLAINTIFF FEDERAL TRADE COMMISSION:**

 /s/ *Allyson M. Maltas*
ALLYSON M. MALTAS
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3646
Email: amaltas@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*

**FOR PLAINTIFF COMMONWEALTH OF VIRGINIA:**

JAY JONES
Attorney General of Virginia

 /s/ *Tyler T. Henry*
Tyler T. Henry (Virginia Bar No. 87621)
Senior Assistant Attorney General
Antitrust Unit
Office of the Attorney General of Virginia

202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 692-0485
Email: thenry@oag.state.va.us

*Counsel for Plaintiff Commonwealth of Virginia and Local Counsel for Plaintiffs Arizona, Connecticut, New York, and Washington*

**FOR PLAINTIFF STATE OF ARIZONA:**

KRISTIN K. MAYES
Attorney General of Arizona

SARAH PELTON (admitted *pro hac vice*)
Office of the Arizona Attorney General
Consumer Protection & Advocacy Section
2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: (602) 542-3725
Email: Sarah.Pelton@azag.gov

*Counsel for Plaintiff State of Arizona*

**FOR PLAINTIFF STATE OF CONNECTICUT:**

WILLIAM TONG
Attorney General of Connecticut

NICOLE DEMERS
Deputy Associate Attorney General

JULIÁN A. QUIÑONES REYES (admitted *pro hac vice*)
FRANKLIN KANIN (admitted *pro hac vice*)
Assistant Attorneys General
Office of the Connecticut Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5030
Email: Julian.Quinones@ct.gov
Email: Franklin.Kanin@ct.gov

*Counsel for Plaintiff State of Connecticut*

**FOR PLAINTIFF STATE OF NEW YORK:**

LETITIA JAMES
Attorney General of New York

ELINOR R. HOFFMANN (admitted *pro hac vice*)
Chief, Antitrust Bureau
AMY MCFARLANE (admitted *pro hac vice*)
Deputy Bureau Chief, Antitrust Bureau
MICHAEL SCHWARTZ (admitted *pro hac vice*)
Senior Enforcement Counsel
MARIA LUISA DI LAURO (admitted *pro hac vice*)
Assistant Attorney General

New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8269
Email: Elinor.Hoffmann@ag.ny.gov

*Counsel for Plaintiff State of New York*

**FOR PLAINTIFF STATE OF WASHINGTON:**

NICHOLAS W. BROWN
Attorney General of Washington

AMY N. L. HANSON (admitted *pro hac vice*)
Senior Managing Assistant Attorney General
TYLER W. ARNOLD (admitted *pro hac vice*)
Assistant Attorney General
Antitrust Division

Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 464-5419 (Hanson)
Telephone: (206) 464-7030 (Arnold)
Email: amy.hanson@atg.wa.gov
Email: tyler.arnold@atg.wa.gov

*Counsel for Plaintiff State of Washington*

**Certificate of Service**

I, Dennis C. Barghaan, Jr., certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record, and parties may access the filing through the Court's system.

Dated: June 10, 2026                            /s/ *Dennis C. Barghaan, Jr.*

DENNIS C. BARGHAAN, JR.
Chief, Civil Division
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

*Local Counsel for Plaintiff Federal Trade Commission*