**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION,<br><br>*Defendants*. | Case No. 1:25-cv-1638 (AJT-WBP) |
| COMMONWEALTH OF VIRGINIA,<br>STATE OF ARIZONA,<br>STATE OF CONNECTICUT,<br>STATE OF NEW YORK, and<br>STATE OF WASHINGTON,<br><br>*Plaintiffs*,<br><br>v.<br><br>ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION,<br><br>*Defendants*. | Case No. 1:25-cv-01647 (AJT-WBP) |

**ORDER**

This matter is before the Court on the parties' Joint Motion for Entry of Proposed Scheduling Order and Leave to File Pre-Trial Briefs. After reviewing the Parties' joint motion, and for good cause shown, it is hereby

ORDERED that the joint motion is GRANTED; and it is further

ORDERED that the Parties may file pre-trial briefs no later than five (5) calendar days prior to trial, or August 19, 2026, and post-trial proposed findings of fact and conclusions of law 21 calendar days after the conclusion of trial; and it is further

ORDERED that the schedule in this case will be as follows:

| Event | Date |
|---|---|
| Motion(s) for Summary Judgment | June 10, 2026 |
| Opposition to Motion for Summary Judgment | June 24, 2026 |
| Reply in support of Motion for Summary Judgment | June 30, 2026 |
| Hearing regarding Summary Judgment | July 8, 2026 |
| Motion in Limine / Daubert | August 7, 2026 |
| Opposition to Motion in Limine / Daubert | August 14, 2026 |
| File exhibit list and outstanding objections | August 19, 2026 |
| File witness list | August 19, 2026 |
| Non-Party Motion for In Camera Treatment | August 19, 2026 |
| Pre-Trial Brief | August 19, 2026 |
| Bench Trial | August 24, 2026 |
| Proposed Findings of Fact and Conclusions of Law | 21 calendar days after bench trial concludes |

*These dates supplement the deadlines contemplated in the Court's Order granting the Joint Motion to Modify the Scheduling Order (Dkt. No. 157) of May 8, 2026.

Alexandria, Virginia

June 12, 2026

Anthony J. Trenga
Senior U.S. District Judge