# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **7/8/2026**                                   Judge:    **Trenga**
Time: **10:07 - 10:55**                              Reporter: **R. Stonestreet**

Civil Action Number: **1:25-cv-1638**
                     **1:25-cv-1647**

## FEDERAL TRADE COMMISSION

## V.

## ZILLOW GROUP, INC. ET AL

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendants | Counsel for Consolidated Plaintiffs |
|---|---|---|
| **Allyson Maltas** **Jessica Drake** **Dennis Barghaan** | **Ryan Shores** **Kyle Mach** | **David Smith** |

Motion to/for:

[170] Motion for Partial Summary Judgment *(Partial)* by pltf.

Argued and
(  ) Granted                (**X**) Denied        (  ) Granted in part/Denied in part
(  ) Taken Under Advisement                  (  ) Continued to

(**X**) Order to Follow