**IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                              Plaintiff,<br><br>          v.<br><br>ZILLOW GROUP, INC., *et al.*,<br><br>                              Defendants. | Case No. 1:25-cv-1638-AJT-WBP |
| COMMONWEALTH OF VIRGINIA, *et al.*,<br><br>                              Plaintiffs,<br><br>          v.<br><br>ZILLOW GROUP, INC., *et al.*,<br><br>                              Defendants. | Case No. 1:25-cv-1647-AJT-WBP |

**<u>ORDER</u>**

This matter is before the Court on Plaintiffs the Federal Trade Commission ("FTC") and the consolidated state Plaintiffs' joint Motion for Partial Summary Judgment ([Doc. No. 172]; the "Motion"). Defendants Opposed the Motion [Doc. No. 187], and the Court held a hearing on the Motion on July 8, 2026, at which it found that genuine disputes of material fact existed with respect to, *inter alia*, the relevant product market, relevant geographic market, and the presumptive illegality of Defendants' challenged activity for purposes of Plaintiffs' claim under Section 7 of the Clayton Act, 15 U.S.C. § 18. For the reasons stated at the hearing, it is hereby

ORDERED that the Motion be, and the same hereby is, **DENIED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

_____
Anthony J. Trenga
Senior U.S. District Judge

July 9, 2026
Alexandria, Virginia

2