**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** *Plaintiff,* v. **ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION,** *Defendants.* | Case No. 1:25-cv-1638 (AJT-WBP) |
| **COMMONWEALTH OF VIRGINIA, STATE OF ARIZONA, STATE OF CONNECTICUT, STATE OF NEW YORK, and STATE OF WASHINGTON,** *Plaintiffs,* v. **ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION,** *Defendants.* | Case No. 1:25-cv-1647 (AJT-WBP) |

<u>**DEFENDANTS ZILLOW GROUP, INC., ZILLOW, INC., AND REDFIN CORPORATION'S SUPPLEMENTAL BRIEF REGARDING COSTAR GROUP, INC.'S RESPONSE TO MOTIONS TO SEAL**</u>

On June 10, 2026, Plaintiff Federal Trade Commission ("FTC" or "Commission") and Plaintiffs Commonwealth of Virginia and States of Arizona, Connecticut, New York, and Washington (collectively, "Plaintiffs") filed a Motion to Seal (Dkt. No. 176) in connection with their Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment (Dkt. No. 173) and accompanying exhibits.  On June 24, 2026, Defendants filed a Motion to Seal (Dkt. No. 188)

in connection with their Memorandum in Support of their Opposition to Plaintiffs' Motion for Partial Summary Judgment (Dkt. No. 187). On June 30, 2026, Plaintiffs filed a Motion to Seal (Dkt. No. 201) in connection with the Reply Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment (Dkt. No. 199) and accompanying exhibits. On July 7, 2026, CoStar Group, Inc. ("CoStar") filed a Response to the Motions to Seal (Dkt. No. 220) ("CoStar's Response") seeking to seal large swaths of information, including the entirety of many documents and publicly available materials. On July 14, 2026, Defendants filed a Motion for Extension of Time to File Response/Reply to CoStar Group Inc.'s Response to Motions to Seal or in the Alternative for Leave to File an Opposition (Dkt. No. 234). On July 20, 2026, the Court granted the Defendants leave to file supplemental briefing in connection with the Motions to Seal (Dkt. No. 237). Defendants now file their supplemental response.

Following Defendants' sharing their objections to CoStar's sealing requests, Defendants and CoStar have met and conferred two times and exchanged several emails in an effort to reach agreement on the scope of CoStar's sealing requests. As a result of these meet and confers, CoStar and the Defendants have been able to resolve several confidentiality disputes. A number of disagreements remain outstanding, and Defendants would like to continue to meet and confer with CoStar regarding these issues. Therefore, Defendants are not filing an opposition to CoStar's Response at this time.

However, because Defendants anticipate that the same documents will likely be included in either the Defendants' or Plaintiffs' proposed trial exhibit lists, Defendants reserve their rights to continue to evaluate, meet and confer, and, possibly, to oppose CoStar's future sealing requests made in the context of CoStar's efforts to seal Defendants' or Plaintiffs' proposed trial exhibits. Non-Parties are required to move to seal trial exhibits by August 19, 2026 (Dkt. No. 182).

Dated: July 21, 2026

/s/ Ryan A. Shores
Ryan A. Shores (VA 65934)
D. Bruce Hoffman (pro hac vice)
Blair W. Matthews (pro hac vice)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1876
Fax: (202) 974-1999
Email: rshores@cgsh.com
Email: bhoffman@cgsh.com
Email: bmatthews@cgsh.com

Heather Nyong'o (pro hac vice)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
650 California Street, Suite 2400
San Francisco, CA 94108
Telephone: (415) 796-4480
Email: hnyongo@cgsh.com

Beau W. Buffier (pro hac vice)
WILSON SONSINI GOODRICH & ROSATI
31 West 52nd Street, Fifth Floor
New York, New York 10019
Telephone: (917) 412-6461
Email: bbuffier@wsgr.com

*Counsel for Defendants Zillow Group, Inc., and Zillow, Inc.*

/s/ Daniel J. Richardson
Daniel J. Richardson (VA 94961)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 956-7024
Fax: (202) 293-6330
Email: richardsond@sullcrom.com

Sharon L. Nelles (pro hac vice)
Jeffrey T. Scott (pro hac vice)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Telephone: (212) 558-4000
Email: nelless@sullcrom.com
Email: scottj@sullcrom.com

Kyle W. Mach (pro hac vice)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, CA 94301
Telephone: (650) 461-5600
Email: machk@sullcrom.com

*Counsel for Defendant Redfin Corporation*