# Exhibit 3

# INTRODUCTORY ECONOMETRICS

## A Modern Approach

7e



Jeffrey M. Wooldridge

# Introductory Econometrics

## A MODERN APPROACH

### SEVENTH EDITION

**Jeffrey M. Wooldridge**

*Michigan State University*

 CENGAGE

Australia · Brazil · Mexico · Singapore · United Kingdom · United States

CHAPTER **2**

# The Simple Regression Model

T he simple regression model can be used to study the relationship between two variables. For reasons we will see, the simple regression model has limitations as a general tool for empirical analysis. Nevertheless, it is sometimes appropriate as an empirical tool. Learning how to interpret the simple regression model is good practice for studying multiple regression, which we will do in subsequent chapters.

## 2-1 Definition of the Simple Regression Model

Much of applied econometric analysis begins with the following premise: $y$ and $x$ are two variables, representing some population, and we are interested in "explaining $y$ in terms of $x$," or in "studying how $y$ varies with changes in $x$." We discussed some examples in Chapter 1, including: $y$ is soybean crop yield and $x$ is amount of fertilizer; $y$ is hourly wage and $x$ is years of education; and $y$ is a community crime rate and $x$ is number of police officers.

In writing down a model that will "explain $y$ in terms of $x$," we must confront three issues. First, because there is never an exact relationship between two variables, how do we allow for other factors to affect $y$? Second, what is the functional relationship between $y$ and $x$? And third, how can we be sure we are capturing a ceteris paribus relationship between $y$ and $x$ (if that is a desired goal)?

We can resolve these ambiguities by writing down an equation relating $y$ to $x$. A simple equation is

$$y = \beta_0 + \beta_1 x + u. \tag{2.1}$$

Equation (2.1), which is assumed to hold in the population of interest, defines the **simple linear regression model**. It is also called the *two-variable linear regression model* or *bivariate linear*

Case 1:25-cv-01638-AJT-WBP    Document 244-1    Filed 08/07/26    Page 5 of 17 PageID# 8130

| **TABLE 2.1** Terminology for Simple Regression | |
|---|---|
| **Y** | **X** |
| Dependent variable | Independent variable |
| Explained variable | Explanatory variable |
| Response variable | Control variable |
| Predicted variable | Predictor variable |
| Regressand | Regressor |

*regression model* because it relates the two variables $x$ and $y$. We now discuss the meaning of each of the quantities in equation (2.1). [Incidentally, the term "regression" has origins that are not especially important for most modern econometric applications, so we will not explain it here. See Stigler (1986) for an engaging history of regression analysis.]

When related by equation (2.1), the variables $y$ and $x$ have several different names used interchangeably, as follows: $y$ is called the **dependent variable**, the **explained variable**, the **response variable**, the **predicted variable**, or the **regressand**; $x$ is called the **independent variable**, the **explanatory variable**, the **control variable**, the **predictor variable**, or the **regressor**. (The term **covariate** is also used for $x$.) The terms "dependent variable" and "independent variable" are frequently used in econometrics. But be aware that the label "independent" here does not refer to the statistical notion of independence between random variables (see Math Refresher B).

The terms "explained" and "explanatory" variables are probably the most descriptive. "Response" and "control" are used mostly in the experimental sciences, where the variable $x$ is under the experimenter's control. We will not use the terms "predicted variable" and "predictor," although you sometimes see these in applications that are purely about prediction and not causality. Our terminology for simple regression is summarized in Table 2.1.

The variable $u$, called the **error term** or **disturbance** in the relationship, represents factors other than $x$ that affect $y$. A simple regression analysis effectively treats all factors affecting $y$ other than $x$ as being unobserved. You can usefully think of $u$ as standing for "unobserved."

Equation (2.1) also addresses the issue of the functional relationship between $y$ and $x$. If the other factors in $u$ are held fixed, so that the change in $u$ is zero, $\Delta u = 0$, then $x$ has a *linear* effect on $y$:

$$\Delta y = \beta_1 \Delta x \ \text{ if } \Delta u = 0. \tag{2.2}$$

Thus, the change in $y$ is simply $\beta_1$ multiplied by the change in $x$. This means that $\beta_1$ is the **slope parameter** in the relationship between $y$ and $x$, holding the other factors in $u$ fixed; it is of primary interest in applied economics. The **intercept parameter** $\beta_0$, sometimes called the *constant term*, also has its uses, although it is rarely central to an analysis.

**EXAMPLE 2.1**    **Soybean Yield and Fertilizer**

Suppose that soybean yield is determined by the model

$$yield = \beta_0 + \beta_1 fertilizer + u, \tag{2.3}$$

so that $y = yield$ and $x = fertilizer$. The agricultural researcher is interested in the effect of fertilizer on yield, holding other factors fixed. This effect is given by $\beta_1$. The error term $u$ contains factors such as land quality, rainfall, and so on. The coefficient $\beta_1$ measures the effect of fertilizer on yield, holding other factors fixed: $\Delta yield = \beta_1 \Delta \ fertilizer$.

| **EXAMPLE 2.2** | **A Simple Wage Equation** |

A model relating a person's wage to observed education and other unobserved factors is

$$wage = \beta_0 + \beta_1 educ + u. \tag{2.4}$$

If *wage* is measured in dollars per hour and *educ* is years of education, then $\beta_1$ measures the change in hourly wage given another year of education, holding all other factors fixed. Some of those factors include labor force experience, innate ability, tenure with current employer, work ethic, and numerous other things.

The linearity of equation (2.1) implies that a one-unit change in $x$ has the *same* effect on $y$, regardless of the initial value of $x$. This is unrealistic for many economic applications. For example, in the wage-education example, we might want to allow for *increasing* returns: the next year of education has a *larger* effect on wages than did the previous year. We will see how to allow for such possibilities in Section 2-4.

The most difficult issue to address is whether model (2.1) really allows us to draw ceteris paribus conclusions about how $x$ affects $y$. We just saw in equation (2.2) that $\beta_1$ *does* measure the effect of $x$ on $y$, holding all other factors (in $u$) fixed. Is this the end of the causality issue? Unfortunately, no. How can we hope to learn in general about the ceteris paribus effect of $x$ on $y$, holding other factors fixed, when we are ignoring all those other factors?

Section 2-5 will show that we are only able to get reliable estimators of $\beta_0$ and $\beta_1$ from a random sample of data when we make an assumption restricting how the unobservable $u$ is related to the explanatory variable $x$. Without such a restriction, we will not be able to estimate the ceteris paribus effect, $\beta_1$. Because $u$ and $x$ are random variables, we need a concept grounded in probability.

Before we state the key assumption about how $x$ and $u$ are related, we can always make one assumption about $u$. As long as the intercept $\beta_0$ is included in the equation, nothing is lost by assuming that the average value of $u$ in the population is zero. Mathematically,

$$E(u) = 0. \tag{2.5}$$

Assumption (2.5) says nothing about the relationship between $u$ and $x$, but simply makes a statement about the distribution of the unobserved factors in the population. Using the previous examples for illustration, we can see that assumption (2.5) is not very restrictive. In Example 2.1, we lose nothing by normalizing the unobserved factors affecting soybean yield, such as land quality, to have an average of zero in the population of all cultivated plots. The same is true of the unobserved factors in Example 2.2. Without loss of generality, we can assume that things such as average ability are zero in the population of all working people. If you are not convinced, you should work through Problem 2 to see that we can always redefine the intercept in equation (2.1) to make equation (2.5) true.

We now turn to the crucial assumption regarding how $u$ and $x$ are related. A natural measure of the association between two random variables is the *correlation coefficient*. (See Math Refresher B for definition and properties.) If $u$ and $x$ are *uncorrelated*, then, as random variables, they are not *linearly* related. Assuming that $u$ and $x$ are uncorrelated goes a long way toward defining the sense in which $u$ and $x$ should be unrelated in equation (2.1). But it does not go far enough, because correlation measures only linear dependence between $u$ and $x$. Correlation has a somewhat counterintuitive feature: it is possible for $u$ to be uncorrelated with $x$ while being correlated with functions of $x$, such as $x^2$. (See Section B-4 in Math Refresher B for further discussion.) This possibility is not acceptable for most regression purposes, as it causes problems for interpreting the model and for deriving statistical properties. A better assumption involves the *expected value of u given x*.

Because $u$ and $x$ are random variables, we can define the conditional distribution of $u$ given any value of $x$. In particular, for any $x$, we can obtain the expected (or average) value of $u$ for that slice of

the population described by the value of $x$. The crucial assumption is that the average value of $u$ does *not* depend on the value of $x$. We can write this assumption as

$$E(u|x) = E(u). \qquad [2.6]$$

Equation (2.6) says that the average value of the unobservables is the same across all slices of the population determined by the value of $x$ and that the common average is necessarily equal to the average of $u$ over the entire population. When assumption (2.6) holds, we say that $u$ is **mean independent** of $x$. (Of course, mean independence is implied by full independence between $u$ and $x$, an assumption often used in basic probability and statistics.) When we combine mean independence with assumption (2.5), we obtain the **zero conditional mean assumption**, $E(u|x) = 0$. It is critical to remember that equation (2.6) is the assumption with impact; assumption (2.5) essentially defines the intercept, $\beta_0$.

Let us see what equation (2.6) entails in the wage example. To simplify the discussion, assume that $u$ is the same as innate ability. Then equation (2.6) requires that the average level of ability is the same, regardless of years of education. For example, if $E(abil|8)$ denotes the average ability for the group of all people with eight years of education, and $E(abil|16)$ denotes the average ability among people in the population with sixteen years of education, then equation (2.6) implies that these must be the same. In fact, the average ability level must be the same for *all* education levels. If, for example, we think that average ability increases with years of education, then equation (2.6) is false. (This would happen if, on average, people with more ability choose to become more educated.) As we cannot observe innate ability, we have no way of knowing whether or not average ability is the same for all education levels. But this is an issue that we must address before relying on simple regression analysis.

In the fertilizer example, if fertilizer amounts are chosen independently of other features of the plots, then equation (2.6) will hold: the average land quality will not depend on the amount of fertilizer. However, if more fertilizer is put on the higher-quality plots of land, then the expected value of $u$ changes with the level of fertilizer, and equation (2.6) fails.

**GOING FURTHER 2.1**

Suppose that a score on a final exam, *score*, depends on classes attended (*attend*) and unobserved factors that affect exam performance (such as student ability). Then

$$score = \beta_0 + \beta_1 attend + u. \qquad [2.7]$$

When would you expect this model to satisfy equation (2.6)?

The zero conditional mean assumption gives $\beta_1$ another interpretation that is often useful. Taking the expected value of equation (2.1) conditional on $x$ and using $E(u|x) = 0$ gives

$$E(y|x) = \beta_0 + \beta_1 x. \qquad [2.8]$$

Equation (2.8) shows that the **population regression function (PRF)**, $E(y|x)$, is a linear function of $x$. The linearity means that a one-unit increase in $x$ changes the *expected value* of $y$ by the amount $\beta_1$. For any given value of $x$, the distribution of $y$ is centered about $E(y|x)$, as illustrated in Figure 2.1.

It is important to understand that equation (2.8) tells us how the *average* value of $y$ changes with $x$; it does not say that $y$ equals $\beta_0 + \beta_1 x$ for all units in the population. For example, suppose that $x$ is the high school grade point average and $y$ is the college GPA, and we happen to know that $E(colGPA|hsGPA) = 1.5 + 0.5\,hsGPA$. [Of course, in practice, we never know the population intercept and slope, but it is useful to pretend momentarily that we do to understand the nature of equation (2.8).] This GPA equation tells us the *average* college GPA among all students who have a given high school GPA. So suppose that $hsGPA = 3.6$. Then the average $colGPA$ for all high school graduates who attend college with $hsGPA = 3.6$ is $1.5 + 0.5(3.6) = 3.3$. We are certainly *not* saying that every student with $hsGPA = 3.6$ will have a 3.3 college GPA; this is clearly false. The PRF gives us a relationship between the average level of $y$ at different levels of $x$. Some students with $hsGPA = 3.6$ will have a college GPA higher than 3.3, and some will have a lower college GPA. Whether the actual $colGPA$ is above or below 3.3 depends on the unobserved factors in $u$, and those differ among students even within the slice of the population with $hsGPA = 3.6$.



**FIGURE 2.1**  E($y|x$) as a linear function of $x$.

Given the zero conditional mean assumption $E(u|x) = 0$, it is useful to view equation (2.1) as breaking $y$ into two components. The piece $\beta_0 + \beta_1 x$, which represents $E(y|x)$, is called the *systematic part* of $y$—that is, the part of $y$ explained by $x$—and $u$ is called the *unsystematic part*, or the part of $y$ not explained by $x$. In Chapter 3, when we introduce more than one explanatory variable, we will discuss how to determine how large the systematic part is relative to the unsystematic part.

In the next section, we will use assumptions (2.5) and (2.6) to motivate estimators of $\beta_0$ and $\beta_1$ given a random sample of data. The zero conditional mean assumption also plays a crucial role in the statistical analysis in Section 2-5.

## 2-2  Deriving the Ordinary Least Squares Estimates

Now that we have discussed the basic ingredients of the simple regression model, we will address the important issue of how to estimate the parameters $\beta_0$ and $\beta_1$ in equation (2.1). To do this, we need a sample from the population. Let $\{(x_i, y_i): i = 1, \ldots, n\}$ denote a random sample of size $n$ from the population. Because these data come from equation (2.1), we can write

$$y_i = \beta_0 + \beta_1 x_i + u_i \qquad\qquad\qquad \text{[2.9]}$$

for each $i$. Here, $u_i$ is the error term for observation $i$ because it contains all factors affecting $y_i$ other than $x_i$.

As an example, $x_i$ might be the annual income and $y_i$ the annual savings for family $i$ during a particular year. If we have collected data on 15 families, then $n = 15$. A scatterplot of such a data set is given in Figure 2.2, along with the (necessarily fictitious) population regression function.

We must decide how to use these data to obtain estimates of the intercept and slope in the population regression of savings on income.



**FIGURE 2.2  Scatterplot of savings and income for 15 families, and the population regression** $E(savings|income) = \beta_0 + \beta_1 income$.



There are several ways to motivate the following estimation procedure. We will use equation (2.5) and an important implication of assumption (2.6): in the population, $u$ is uncorrelated with $x$. Therefore, we see that $u$ has zero expected value and that the *covariance* between $x$ and $u$ is zero:

$$E(u) = 0 \qquad\qquad \text{[2.10]}$$

and

$$Cov(x,u) = E(xu) = 0, \qquad\qquad \text{[2.11]}$$

where the first equality in equation (2.11) follows from (2.10). (See Section B-4 in Math Refresher B for the definition and properties of covariance.) In terms of the observable variables $x$ and $y$ and the unknown parameters $\beta_0$ and $\beta_1$, equations (2.10) and (2.11) can be written as

$$E(y - \beta_0 - \beta_1 x) = 0 \qquad\qquad \text{[2.12]}$$

and

$$E[x(y - \beta_0 - \beta_1 x)] = 0, \qquad\qquad \text{[2.13]}$$

respectively. Equations (2.12) and (2.13) imply two restrictions on the joint probability distribution of $(x,y)$ in the population. Because there are two unknown parameters to estimate, we might hope that equations (2.12) and (2.13) can be used to obtain good estimators of $\beta_0$ and $\beta_1$. In fact, they can be. Given a sample of data, we choose estimates $\hat{\beta}_0$ and $\hat{\beta}_1$ to solve the *sample* counterparts of equations (2.12) and (2.13):

$$n^{-1} \sum_{i=1}^{n} (y_i - \hat{\beta}_0 - \hat{\beta}_1 x_i) = 0 \qquad\qquad \text{[2.14]}$$

and

$$n^{-1} \sum_{i=1}^{n} x_i(y_i - \hat{\beta}_0 - \hat{\beta}_1 x_i) = 0. \qquad\qquad \text{[2.15]}$$

This is an example of the *method of moments* approach to estimation. (See Section C-4 in Math Refresher C for a discussion of different estimation approaches.) These equations can be solved for $\hat{\beta}_0$ and $\hat{\beta}_1$.

Using the basic properties of the summation operator from Math Refresher A, equation (2.14) can be rewritten as

$$\bar{y} = \hat{\beta}_0 + \hat{\beta}_1\bar{x}, \qquad\qquad \text{[2.16]}$$

where $\bar{y} = n^{-1}\sum_{i=1}^{n} y_i$ is the sample average of the $y_i$ and likewise for $\bar{x}$. This equation allows us to write $\hat{\beta}_0$ in terms of $\hat{\beta}_1$, $\bar{y}$, and $\bar{x}$:

$$\hat{\beta}_0 = \bar{y} - \hat{\beta}_1\bar{x}. \qquad\qquad \text{[2.17]}$$

Therefore, once we have the slope estimate $\hat{\beta}_1$, it is straightforward to obtain the intercept estimate $\hat{\beta}_0$, given $\bar{y}$ and $\bar{x}$.

Dropping the $n^{-1}$ in (2.15) (because it does not affect the solution) and plugging (2.17) into (2.15) yields

$$\sum_{i=1}^{n} x_i[y_i - (\bar{y} - \hat{\beta}_1\bar{x}) - \hat{\beta}_1 x_i] = 0,$$

which, upon rearrangement, gives

$$\sum_{i=1}^{n} x_i(y_i - \bar{y}) = \hat{\beta}_1 \sum_{i=1}^{n} x_i(x_i - \bar{x}).$$

From basic properties of the summation operator [see (A-7) and (A-8) in Math Refresher A],

$$\sum_{i=1}^{n} x_i(x_i - \bar{x}) = \sum_{i=1}^{n}(x_i - \bar{x})^2 \ \text{ and } \ \sum_{i=1}^{n} x_i(y_i - \bar{y}) = \sum_{i=1}^{n}(x_i - \bar{x})(y_i - \bar{y}).$$

Therefore, provided that

$$\sum_{i=1}^{n}(x_i - \bar{x})^2 > 0, \qquad\qquad \text{[2.18]}$$

the estimated slope is

$$\hat{\beta}_1 = \frac{\sum_{i=1}^{n}(x_i - \bar{x})(y_i - \bar{y})}{\sum_{i=1}^{n}(x_i - \bar{x})^2}. \qquad\qquad \text{[2.19]}$$

Equation (2.19) is simply the sample covariance between $x_i$ and $y_i$ divided by the sample variance of $x_i$. Using simple algebra we can also write $\hat{\beta}_1$ as

$$\hat{\beta}_1 = \hat{\rho}_{xy} \cdot \left(\frac{\hat{\sigma}_y}{\hat{\sigma}_x}\right),$$

where $\hat{\rho}_{xy}$ is the sample correlation between $x_i$ and $y_i$ and $\hat{\sigma}_x$, $\hat{\sigma}_y$ denote the sample standard deviations. (See Math Refresher C for definitions of correlation and standard deviation. Dividing all sums by $n - 1$ does not affect the formulas.) An immediate implication is that if $x_i$ and $y_i$ are positively correlated in the sample then $\hat{\beta}_1 > 0$; if $x_i$ and $y_i$ are negatively correlated then $\hat{\beta}_1 < 0$.

Not surprisingly, the formula for $\hat{\beta}_1$ in terms of the sample correlation and sample standard deviations is the sample analog of the population relationship

$$\beta_1 = \rho_{xy} \cdot \left(\frac{\sigma_y}{\sigma_x}\right),$$

where all quantities are defined for the entire population. Recognition that $\beta_1$ is just a scaled version of $\rho_{xy}$ highlights an important limitation of simple regression when we do not have experimental data: in effect, simple regression is an analysis of correlation between two variables, and so one must be careful in inferring causality.

Although the method for obtaining (2.17) and (2.19) is motivated by (2.6), the only assumption needed to compute the estimates for a particular sample is (2.18). This is hardly an assumption at all: (2.18) is true, provided the $x_i$ in the sample are not all equal to the same value. If (2.18) fails, then

Case 1:25-cv-01638-AJT-WBP    Document 244-1    Filed 08/07/26    Page 11 of 17
PageID# 8136



**FIGURE 2.3** A scatterplot of wage against education when $educ_i = 12$ for all $i$.

we have either been unlucky in obtaining our sample from the population or we have not specified an interesting problem ($x$ does not vary in the population). For example, if $y = wage$ and $x = educ$, then (2.18) fails only if everyone in the sample has the same amount of education (for example, if everyone is a high school graduate; see Figure 2.3). If just one person has a different amount of education, then (2.18) holds, and the estimates can be computed.

The estimates given in (2.17) and (2.19) are called the **ordinary least squares (OLS)** estimates of $\beta_0$ and $\beta_1$. To justify this name, for any $\hat{\beta}_0$ and $\hat{\beta}_1$ define a **fitted value** for $y$ when $x = x_i$ as

$$\hat{y}_i = \hat{\beta}_0 + \hat{\beta}_1 x_i. \qquad [2.20]$$

This is the value we predict for $y$ when $x = x_i$ for the given intercept and slope. There is a fitted value for each observation in the sample. The **residual** for observation $i$ is the difference between the actual $y_i$ and its fitted value:

$$\hat{u}_i = y_i - \hat{y}_i = y_i - \hat{\beta}_0 + \hat{\beta}_1 x_i. \qquad [2.21]$$

Again, there are $n$ such residuals. [These are *not* the same as the errors in (2.9), a point we return to in Section 2-5.] The fitted values and residuals are indicated in Figure 2.4.

Now, suppose we choose $\hat{\beta}_0$ and $\hat{\beta}_1$ to make the **sum of squared residuals**,

$$\sum_{i=1}^{n} \hat{u}_i^2 = \sum_{i=1}^{n} (y_i - \hat{\beta}_0 - \hat{\beta}_1 x_i)^2, \qquad [2.22]$$

as small as possible. The appendix to this chapter shows that the conditions necessary for $(\hat{\beta}_0, \hat{\beta}_1)$ to minimize (2.22) are given exactly by equations (2.14) and (2.15), without $n^{-1}$. Equations (2.14) and (2.15) are often called the **first order conditions** for the OLS estimates, a term that comes from optimization using calculus (see Math Refresher A). From our previous calculations, we know that the solutions to the OLS first order conditions are given by (2.17) and (2.19). The name "ordinary least squares" comes from the fact that these estimates minimize the sum of squared residuals.



**FIGURE 2.4** Fitted values and residuals.

When we view ordinary least squares as minimizing the sum of squared residuals, it is natural to ask: why not minimize some other function of the residuals, such as the absolute values of the residuals? In fact, as we will discuss in the more advanced Section 9-6, minimizing the sum of the absolute values of the residuals is sometimes very useful. But it does have some drawbacks. First, we cannot obtain formulas for the resulting estimators; given a data set, the estimates must be obtained by numerical optimization routines. As a consequence, the statistical theory for estimators that minimize the sum of the absolute residuals is very complicated. Minimizing other functions of the residuals, say, the sum of the residuals each raised to the fourth power, has similar drawbacks. (We would never choose our estimates to minimize, say, the sum of the residuals themselves, as residuals large in magnitude but with opposite signs would tend to cancel out.) With OLS, we will be able to derive unbiasedness, consistency, and other important statistical properties relatively easily. Plus, as the motivation in equations (2.12) and (2.13) suggests, and as we will see in Section 2-5, OLS is suited for estimating the parameters appearing in the conditional mean function (2.8).

Once we have determined the OLS intercept and slope estimates, we form the **OLS regression line**:

$$\hat{y} = \hat{\beta}_0 + \hat{\beta}_1 x, \tag{2.23}$$

where it is understood that $\hat{\beta}_0$ and $\hat{\beta}_1$ have been obtained using equations (2.17) and (2.19). The notation $\hat{y}$, read as "y hat," emphasizes that the predicted values from equation (2.23) are estimates. The intercept, $\hat{\beta}_0$, is the predicted value of $y$ when $x = 0$, although in some cases it will not make sense to set $x = 0$. In those situations, $\hat{\beta}_0$ is not, in itself, very interesting. When using (2.23) to compute predicted values of $y$ for various values of $x$, we must account for the intercept in the calculations. Equation (2.23) is also called the **sample regression function (SRF)** because it is the estimated version of the population regression function $E(y|x) = \beta_0 + \beta_1 x$. It is important to remember that the PRF is something fixed, but unknown, in the population. Because the SRF is obtained for a given sample of data, a new sample will generate a different slope and intercept in equation (2.23).

In most cases, the slope estimate, which we can write as

$$\hat{\beta}_1 = \Delta\hat{y}/\Delta x, \tag{2.24}$$

Case 1:25-cv-01638-AJT-WBP    Document 244-1    Filed 08/07/26    Page 13 of 17
PageID# 8138

is of primary interest. It tells us the amount by which $\hat{y}$ changes when $x$ increases by one unit. Equivalently,

$$\Delta\hat{y} = \hat{\beta}_1 \Delta x, \qquad\qquad [2.25]$$

so that given any change in $x$ (whether positive or negative), we can compute the predicted change in $y$.

We now present several examples of simple regression obtained by using real data. In other words, we find the intercept and slope estimates with equations (2.17) and (2.19). Because these examples involve many observations, the calculations were done using an econometrics software package. At this point, you should be careful not to read too much into these regressions; they are not necessarily uncovering a causal relationship. We have said nothing so far about the statistical properties of OLS. In Section 2-5, we consider statistical properties after we explicitly impose assumptions on the population model equation (2.1).

---

| EXAMPLE 2.3 | CEO Salary and Return on Equity |
|---|---|

For the population of chief executive officers, let $y$ be annual salary (*salary*) in thousands of dollars. Thus, $y = 856.3$ indicates an annual salary of \$856,300, and $y = 1,452.6$ indicates a salary of \$1,452,600. Let $x$ be the average return on equity (*roe*) for the CEO's firm for the previous three years. (Return on equity is defined in terms of net income as a percentage of common equity.) For example, if $roe = 10$, then average return on equity is 10%.

To study the relationship between this measure of firm performance and CEO compensation, we postulate the simple model

$$salary = \beta_0 + \beta_1 roe + u.$$

The slope parameter $\beta_1$ measures the change in annual salary, in thousands of dollars, when return on equity increases by one percentage point. Because a higher *roe* is good for the company, we think $\beta_1 > 0$.

The data set CEOSAL1 contains information on 209 CEOs for the year 1990; these data were obtained from *Business Week* (5/6/91). In this sample, the average annual salary is \$1,281,120, with the smallest and largest being \$223,000 and \$14,822,000, respectively. The average return on equity for the years 1988, 1989, and 1990 is 17.18%, with the smallest and largest values being 0.5% and 56.3%, respectively.

Using the data in CEOSAL1, the OLS regression line relating *salary* to *roe* is

$$\widehat{salary} = 963.191 + 18.501\, roe \qquad\qquad [2.26]$$
$$n = 209,$$

where the intercept and slope estimates have been rounded to three decimal places; we use "*salary* hat" to indicate that this is an estimated equation. How do we interpret the equation? First, if the return on equity is zero, $roe = 0$, then the predicted *salary* is the intercept, 963.191, which equals \$963,191 because *salary* is measured in thousands. Next, we can write the predicted change in salary as a function of the change in *roe*: $\widehat{\Delta salary} = 18.501\,(\Delta roe)$. This means that if the return on equity increases by one percentage point, $\Delta roe = 1$, then *salary* is predicted to change by about 18.5, or \$18,500. Because (2.26) is a linear equation, this is the estimated change regardless of the initial salary.

We can easily use (2.26) to compare predicted salaries at different values of *roe*. Suppose $roe = 30$. Then $\widehat{salary} = 963.191 + 18.501(30) = 1,518,221$, which is just over \$1.5 million. However, this does *not* mean that a particular CEO whose firm had a $roe = 30$ earns \$1,518,221. Many other factors affect salary. This is just our prediction from the OLS regression line (2.26). The estimated line is graphed in Figure 2.5, along with the population regression function $\text{E}(salary|roe)$. We will never know the PRF, so we cannot tell how close the SRF is to the PRF. Another sample of data will give a different regression line, which may or may not be closer to the population regression line.



**FIGURE 2.5** The OLS regression line $\widehat{salary} = 963.191 + 18.501\ roe$ and the (unknown) population regression function.

---

| EXAMPLE 2.4 | **Wage and Education** |

For the population of people in the workforce in 1976, let $y = wage$, where *wage* is measured in dollars per hour. Thus, for a particular person, if *wage* = 6.75, the hourly *wage* is $6.75. Let $x = educ$ denote years of schooling; for example, *educ* = 12 corresponds to a complete high school education. Because the average wage in the sample is $5.90, the Consumer Price Index indicates that this amount is equivalent to $24.90 in 2016 dollars.

Using the data in WAGE1 where $n = 526$ individuals, we obtain the following OLS regression line (or sample regression function):

$$\widehat{wage} = -0.90 + 0.54\ educ \tag{2.27}$$

$$n = 526.$$

We must interpret this equation with caution. The intercept of −0.90 literally means that a person with no education has a predicted hourly wage of −90¢ an hour. This, of course, is silly. It turns out that only 18 people in the sample of 526 have less than eight years of education. Consequently, it is not surprising that the regression line does poorly at very low levels of education. For a person with eight years of education, the predicted wage is $\widehat{wage} = -0.90 + 0.54(8) = 3.42$, or $3.42 per hour (in 1976 dollars).

The slope estimate in (2.27) implies that one more year of education increases hourly wage by 54¢ an hour. Therefore, four more years of education increase the predicted wage by $4(0.54) = 2.16$, or $2.16 per hour. These are fairly large effects.

> **GOING FURTHER 2.2**
>
> The estimated wage from (2.27), when *educ* = 8, is $3.42 in 1976 dollars. What is this value in 2016 dollars? (*Hint*: You have enough information in Example 2.4 to answer this question.)

Because of the linear nature of (2.27), another year of education increases the wage by the same amount, regardless of the initial level of education. In Section 2-4, we discuss some methods that allow for nonconstant marginal effects of our explanatory variables.

---

**EXAMPLE 2.5**    **Voting Outcomes and Campaign Expenditures**

The file VOTE1 contains data on election outcomes and campaign expenditures for 173 two-party races for the U.S. House of Representatives in 1988. There are two candidates in each race, A and B. Let *voteA* be the percentage of the vote received by Candidate A and *shareA* be the percentage of total campaign expenditures accounted for by Candidate A. Many factors other than *shareA* affect the election outcome (including the quality of the candidates and possibly the dollar amounts spent by A and B). Nevertheless, we can estimate a simple regression model to find out whether spending more relative to one's challenger implies a higher percentage of the vote.

The estimated equation using the 173 observations is

$$\widehat{voteA} = 26.81 + 0.464\ shareA \qquad [2.28]$$

$$n = 173.$$

This means that if Candidate A's share of spending increases by one percentage point, Candidate A receives almost one-half a percentage point (0.464) more of the total vote. Whether or not this is a causal effect is unclear, but it is not unbelievable. If *shareA* = 50, *voteA* is predicted to be about 50, or half the vote.

---

**GOING FURTHER 2.3**

In Example 2.5, what is the predicted vote for Candidate A if *shareA* = 60 (which means 60%)? Does this answer seem reasonable?

In some cases, regression analysis is not used to determine causality but to simply look at whether two variables are positively or negatively related, much like a standard correlation analysis. An example of this occurs in Computer Exercise C3, where you are asked to use data from Biddle and Hamermesh (1990) on time spent sleeping and working to investigate the tradeoff between these two factors.

## 2-2a  A Note on Terminology

In most cases, we will indicate the estimation of a relationship through OLS by writing an equation such as (2.26), (2.27), or (2.28). Sometimes, for the sake of brevity, it is useful to indicate that an OLS regression has been run without actually writing out the equation. We will often indicate that equation (2.23) has been obtained by OLS in saying that we *run the regression of*

$$y \text{ on } x, \qquad [2.29]$$

or simply that we *regress y on x*. The positions of *y* and *x* in (2.29) indicate which is the dependent variable and which is the independent variable: We always regress the dependent variable on the independent variable. For specific applications, we replace *y* and *x* with their names. Thus, to obtain (2.26), we regress *salary* on *roe*, or to obtain (2.28), we regress *voteA* on *shareA*.

When we use such terminology in (2.29), we will always mean that we plan to estimate the intercept, $\hat{\beta}_0$, along with the slope, $\hat{\beta}_1$. This case is appropriate for the vast majority of applications.

Occasionally, we may want to estimate the relationship between $y$ and $x$ *assuming* that the intercept is zero (so that $x = 0$ implies that $\hat{y} = 0$); we cover this case briefly in Section 2-6. Unless explicitly stated otherwise, we always estimate an intercept along with a slope.

# 2-3 Properties of OLS on Any Sample of Data

In the previous section, we went through the algebra of deriving the formulas for the OLS intercept and slope estimates. In this section, we cover some further algebraic properties of the fitted OLS regression line. The best way to think about these properties is to remember that they hold, by construction, for *any* sample of data. The harder task—considering the properties of OLS across all possible random samples of data—is postponed until Section 2-5.

Several of the algebraic properties we are going to derive will appear mundane. Nevertheless, having a grasp of these properties helps us to figure out what happens to the OLS estimates and related statistics when the data are manipulated in certain ways, such as when the measurement units of the dependent and independent variables change.

## 2-3a Fitted Values and Residuals

We assume that the intercept and slope estimates, $\hat{\beta}_0$ and $\hat{\beta}_1$, have been obtained for the given sample of data. Given $\hat{\beta}_0$ and $\hat{\beta}_1$, we can obtain the fitted value $\hat{y}_i$ for each observation. [This is given by equation (2.20).] By definition, each fitted value of $\hat{y}_i$ is on the OLS regression line. The OLS residual associated with observation $i$, $\hat{u}_i$, is the difference between $y_i$ and its fitted value, as given in equation (2.21). If $\hat{u}_i$ is positive, the line underpredicts $y_i$; if $\hat{u}_i$ is negative, the line overpredicts $y_i$. The ideal case for observation $i$ is when $\hat{u}_i = 0$, but in most cases, *every* residual is not equal to zero. In other words, none of the data points must actually lie on the OLS line.

| EXAMPLE 2.6 | CEO Salary and Return on Equity |
|---|---|

Table 2.2 contains a listing of the first 15 observations in the CEO data set, along with the fitted values, called *salaryhat*, and the residuals, called *uhat*.

The first four CEOs have lower salaries than what we predicted from the OLS regression line (2.26); in other words, given only the firm's *roe*, these CEOs make less than what we predicted. As can be seen from the positive *uhat*, the fifth CEO makes more than predicted from the OLS regression line.

## 2-3b Algebraic Properties of OLS Statistics

There are several useful algebraic properties of OLS estimates and their associated statistics. We now cover the three most important of these.

(1) The sum, and therefore the sample average of the OLS residuals, is zero. Mathematically,

$$\sum_{i=1}^{n} \hat{u}_i = 0. \tag{2.30}$$

This property needs no proof; it follows immediately from the OLS first order condition (2.14), when we remember that the residuals are defined by $\hat{u}_i = y_i - \hat{\beta}_0 - \hat{\beta}_1 x_i$. In other words, the OLS estimates

CHAPTER **16**

# Simultaneous Equations Models

In the previous chapter, we showed how the method of instrumental variables can solve two kinds of endogeneity problems: omitted variables and measurement error. Conceptually, these problems are straightforward. In the omitted variables case, there is a variable (or more than one) that we would like to hold fixed when estimating the ceteris paribus effect of one or more of the observed explanatory variables. In the measurement error case, we would like to estimate the effect of certain explanatory variables on $y$, but we have mismeasured one or more variables. In both cases, we could estimate the parameters of interest by OLS if we could collect better data.

Another important form of endogeneity of explanatory variables is **simultaneity**. This arises when one or more of the explanatory variables is *jointly determined* with the dependent variable, typically through an equilibrium mechanism (as we will see later). In this chapter, we study methods for estimating simple simultaneous equations models (SEMs). Although a complete treatment of SEMs is beyond the scope of this text, we are able to cover models that are widely used.

The leading method for estimating simultaneous equations models is the method of instrumental variables. Therefore, the solution to the simultaneity problem is essentially the same as the IV solutions to the omitted variables and measurement error problems. However, crafting and interpreting SEMs is challenging. Therefore, we begin by discussing the nature and scope of simultaneous equations models in Section 16-1. In Section 16-2, we confirm that OLS applied to an equation in a simultaneous system is generally biased and inconsistent.

Section 16-3 provides a general description of identification and estimation in a two-equation system, while Section 16-4 briefly covers models with more than two equations. Simultaneous