**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>                              *Plaintiff*,<br><br>        v.<br><br>ZILLOW GROUP, INC., ZILLOW INC., AND REDFIN CORPORATION,<br><br>                              *Defendant*s. | Civil Action No. 1:25-cv-1638 |
| COMMONWEALTH OF VIRGINIA,<br>STATE OF ARIZONA,<br>STATE OF CONNECTICUT,<br>STATE OF NEW YORK, and<br>STATE OF WASHINGTON,<br><br>                              *Plaintiffs*,<br><br>        v.<br><br>ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION,<br><br>                              *Defendants*. | Civil Action No. 1:25-cv-1647 |

## DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF SAM VIDA

For the reasons described in Defendants' Memorandum in Support of Their Motion *in Limine* to Exclude Testimony of Sam Vida, Defendants Zillow Group, Inc, Zillow, Inc., and Redfin Corporation hereby move the Court to exclude testimony from Sam Vida, who was deposed as a Rule 30(b)(6) corporate representative of third party Rocket Companies, Inc. For the Court's convenience, excerpts from Mr. Vida's deposition, including all proposed designations from Plaintiffs, are included in Exhibit A.

Respectfully submitted,

Dated:  August 7, 2026

*/s/ Daniel J. Richardson*
Daniel J. Richardson (VA 94961)
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW
Washington, DC 20006
Telephone: (202) 956-7024
Facsimile: (202) 293-6330
Email: richardsond@sullcrom.com

Sharon L. Nelles (*pro hac vice*)
Jeffrey T. Scott (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: nelless@sullcrom.com
Email: scottj@sullcrom.com

Kyle W. Mach (*pro hac vice*)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, CA 94301
Telephone: (650) 461-5600
Facsimile: (650) 461-5700
Email: machk@sullcrom.com

*Counsel for Defendant*
*Redfin Corporation*

*/s/ Ryan A. Shores*
Ryan A. Shores (VA 65934)
D. Bruce Hoffman (*pro hac vice*)
Blair W. Matthews (*pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1876
Email: rshores@cgsh.com
Email: bhoffman@cgsh.com
Email: bmatthews@cgsh.com

2

Heather Nyong'o (*pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
650 California Street, Suite 2400
San Francisco, CA 94108
Telephone: (415) 796-4480
Email: hnyongo@cgsh.com

Beau W. Buffier (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
31 West 52nd Street, Fifth Floor
New York, New York 10019
Telephone: (917) 412-6461
Email: bbuffier@wsgr.com

*Counsel for Defendants Zillow Group, Inc, and Zillow, Inc.*

**CERTIFICATE OF SERVICE**

I, Daniel J. Richardson, certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record, and parties may access the filing through the Court's system.  In addition, the foregoing document was sent via e-mail to all counsel of record.

Dated:  August 7, 2026                           /s/ Daniel J. Richardson
                                                         Daniel J. Richardson (VA 94961)