**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br>*Plaintiff,*<br>v.<br>**ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION,**<br>*Defendants.* | Case No. 1:25-cv-1638 (AJT-WBP) |
| **COMMONWEALTH OF VIRGINIA, STATE OF ARIZONA, STATE OF CONNECTICUT, STATE OF NEW YORK, and STATE OF WASHINGTON,**<br>*Plaintiffs,*<br>v.<br>**ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION,**<br>*Defendants.* | Case No. 1:25-cv-1647 (AJT-WBP) |

**ORDER**

This matter is before the Court on the Joint Motion to Modify the Requirements of the Court's May 14, 2026 Order and Local Civil Rule 79(A). After reviewing the joint motion, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED IN PART and DENIED IN PART, as follows: the Parties will submit to the Court digital copies of their proposed trial exhibits on electronic storage media five days prior to trial on August 19, 2026, followed by individual

witness binders containing the proposed trial exhibits to be used with each witness. The witness binders shall be delivered to the Court **in duplicate, at least one business day in advance** of that witness' testimony; and it is further

ORDERED that Parties may submit their Final Witness Lists, Final Exhibit Lists, Deposition Designations, and related Designation Summaries in physical binders to the Court five days prior to trial on August 19, 2026 and may submit a USB drive of any videos designations that may be played live at trial delivered to the Court on the morning the Parties intend to play the video designation; and it is further

ORDERED that opening statements shall occur at the start of trial on August 24, 2026 and closing arguments shall occur after the filing of the Post-Trial Proposed Findings of Fact and Conclusions of Law. Each side shall be allotted one hour for opening statements.

The Clerk is directed to forward copies of this order to all counsel of record.

August 18, 2026
Alexandria, Virginia

Anthony J. Trenga
Senior U.S. District Judge