# Exhibit Index