# EXHIBIT A

**From**: Katie Berroth [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5DAE9699F6D74B278B5A165AD7BAE30E-KATIE BERRO]
**Sent**: 9/12/2023 5:06:32 PM
**To**: Michael Sherman [michaelsh@zillowgroup.com]
**Subject**: Re: Follow-up Realtor.com Partnership Opportunities

Totally. She wasn't definitive (and not really in the position to be - Lawrence is "the guy") but my expectations are tempered. Their approach of partnership + direct is a clever way to have made lemonade out of costar breakup lemons.

Will keep you updated!

FTC v. Zillow Group, Inc.
1:25-cv-1638-AJT-WBP

**DX0460**

**From:** Michael Sherman <michaelsh@zillowgroup.com>
**Sent:** Tuesday, September 12, 2023 4:40:06 PM
**To:** Katie Berroth <katiebe@zillowgroup.com>
**Subject:** Re: Follow-up Realtor.com Partnership Opportunities

Thanks Katie. Good intel.

Seems like the story (or maybe the sentiment) has changed since our earlier discussions.

Curious but not too surprising that they want to lean towards pay per lease if they go at this direct. They partner with aptlist now, so likely understand what that model would generate. Seems like there's a having their cake and eating it too with the partnership/direct relationship model. They immediately get a lot of buildings that likely monetize at a lower amount in the short term, and then can build direct partnerships to increase ARPP along the way.

**From:** Katie Berroth <katiebe@zillowgroup.com>
**Date:** Tuesday, September 12, 2023 at 3:53 PM
**To:** Cindy Song <cindyso@zillowgroup.com>, Cynthia Taylor <ctaylor@zillowgroup.com>, Mike Lane <mlane@showingtime.com>, Michael Sherman <michaelsh@zillowgroup.com>, Jami Thomas <jamith@zillowgroup.com>, Jason Reinking <jasonre@zillowgroup.com>, MacGregor Hill <macgregorh@zillowgroup.com>, Owen Gehrett <oweng@zillowgroup.com>, Steve Lake <stevela@zillow.com>
**Cc:** Jun Choo <junc@zillowgroup.com>, Errol Samuelson <errol@zillowgroup.com>, Christopher Roberts <christopher@zillowgroup.com>, Jeremy Hofmann <jeremyhof@zillowgroup.com>
**Subject:** Follow-up Realtor.com Partnership Opportunities

Hi All,

I had a casual chat with a member of the Realtor BD team today (Lorie McBrien) and wanted to share my the insights I gathered in the call across the various opportunities we are looking at with Realtor.

1. @Owen Gehrett on the NewCon front, Lorie floated to the idea of partnership to the NewCon BD partner / business leader and not surprisingly they were like 'we have the relationships, we are good'. If something were to come on the NC side it would be more driven out of the Rich dialogue with the CEO per the below (e.g. going the partnership route to take out some cost structure) vs. from the business side where they are not going to be motivated to shrink their own business. I will keep you updated if something changes here in the coming weeks / mon

2. @Michael Sherman @Jami Thomas @MacGregor Hill The team is still in a holding pattern with the CEO but I am calendaring a follow-up for mid-Oct. My read on her body language is that an exclusive Rentals deal remains a long shot here. Based on what she shared they seem to be using their multi-party partnership approach to de-risk building their own first party business. A couple of examples - she discussed all the integrations they are standing up 'oh man, we just did 3 integrations with Yardi – that was a beast' which feels like a lot of investment if you are only working on a 3rd party marketplace. She also directly reference developing their pay per lease product (we had a sense of this in our last convo but this was more explicit). I asked how likely she thought it was that we might do a deal and she equivocated, mentioning 'it would be hard b/c we would have to layoff our sales folks'. So @Jami Thomas Realtor may be emerging as a new entrant on the MF playing field, leveraging both a syndication and first party model, with a bent towards pay per lease to get market validation. If you hear more on this from your customers, let me know. I plan to stay around the hoop with the next meeting in Oct. While I continue to believe our product / inventory / partnership offer is likely still attractive, the more they get married to a 1st party approach the harder this one will be to make happen.

3. @Cynthia Taylor @Mike Lane @Jim Eadie ST+ was the bright spot in the convo. Lorie is supporting on Rentals but also on 'visualization' for the Realtor website across all inventory (Rentals, New Con and For Sale). She expressed interest in the ShowingTime and Interactive & Rich Media syndication opportunities we had floated. In addition, she mentioned that they are evaluating a number of parties to capture content (photography, 3D tours, floorplans) for all of their different inventory types and were intrigued that we are in the space. She was interested in exploring whether we would be interested in being a service provider for them (sounds like they are looking at a number of players, none with the scale and reach across inventory types that they would be interested in). I admit I am a bit confused on what exactly they are thinking from a product perspective but imagine they have some suite of products they offer agents / property managers / new con builders, and listing media would be one of the products / services on offer. While serving this need for Realtor may not be our highest priority, if there is an enterprise deal to do that positions one of ST+ / LMS / Aryeo on Realtor.com as the way to get your shoots done, that feels like a strategic positive. And an interesting way for us to leg into other channels like NC and Rentals (which I know we are also interested in for ourselves). I would love to schedule time with the right folks from your team + Lorie to learn more and figure out what makes sense for us and them on all 3 opportunities. I will fork off a different thread with Jason for us to coordinate.

Best,

Katie

---

**From:** Rich Barton <rich@zillowgroup.com>
**Sent:** Monday, August 21, 2023 11:56:58 AM
**To:** Katie Berroth <katiebe@zillowgroup.com>; Jeremy Hofmann <jeremyhof@zillowgroup.com>; Brad Berning <bradbe@zillowgroup.com>; Lloyd Frink <lloyd@zillowgroup.com>; Paras Mehta <parasm@zillowgroup.com>; Jeremy Wacksman <jeremyw@zillowgroup.com>
**Cc:** Rich Barton <rich@zillowgroup.com>
**Subject:** Re: Realtor.com Partnership Opportunities

20 min chat with damian. Nice aussie chap. Sharp.
Didn't get the sense that costar was coming around for another bite.
He is confused by andy's basically labelling buy side agents as fake agents. Can't see how that won't bite him in the future. I admitted to confusion over their business model, as well.
I pitched on rentals (he was aware and noodling as he works our strategy), newcon (new to him, and he was interested), showingtime (he asked about data protection), and RMX. I asked for a corp dev contact for katie. He said he'd get that to me at appropriate time…
I pitched that we do lots of stuff with redfin and it works great. We are used to being platform and app and keeping our heads straight.
He replayed his "use owned media channels to boost profile of RDC" pitch that he's been saying publicly.
He's living in Austin, TX where the bulk of his folks are he said.
Good channel established.

**From:** Katie Berroth <katiebe@zillowgroup.com>
**Date:** Wednesday, August 2, 2023 at 10:27 PM
**To:** Rich Barton <rich@zillowgroup.com>
**Subject:** Realtor.com Partnership Opportunities

1. **Rentals:** Zillow is in active discussions with Realtor.com on a syndication opportunity (key contact: Laurence Jankelow) - see attached proposal from Zillow. Zillow can provide Realtor.com an industry leading quantity of high quality Multifamily properties content (images, 3D, floorplans, touring integrations). In addition to syndicating Multifamily properties, Zillow is open to exploring the potential inclusion of Longtail / Single Family Rental properties, many of which can only be found on Zillow. This exclusive partnership would deliver an enhanced customer experience and additional revenue for Realtor.com, without the complexity of a multi-partner strategy.

2. **New Construction:** Zillow could partner with Realtor.com on an exclusive New Construction syndication agreement, helping to expand New Construction content (15,000 New Construction communities from over 1,600 unique homebuilders), drive highly profitable Realtor.com revenue, reduce Realtor.com complexity and costs, and continue to deliver value to homebuilders. We've just announced a similar arrangement with Redfin - see press release.

3. **ShowingTime:** Zillow's ShowingTime+ business would like to explore an integration of ShowingTime touring capabilities to help power the Realtor.com experience, enabling customers to more easily schedule a tour.

4. **Interactive & Rich Media:** Zillow's ShowingTime+ business can syndicate unique listing content including 3D tours, interactive floorplans and high resolution photo media to Realtor.com, helping to ensure Realtor.com customers have access to the best available content for listings.