# EXHIBIT AA

February 2025

# Zillow Investor Presentation

ZILLOW® GROUP



FTC v. Zillow Group, Inc.
1:25-cv-1638-AJT-WBP
DX0373

# Legal Disclosure

This presentation contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934 that involve risks and uncertainties, including, without limitation, statements regarding our future targets, the future performance and operation of our business, our business strategies and ability to translate such strategies into financial performance, the current and future health and stability of the U.S. residential housing market, and our expectations regarding future shifts in customer behavior. Statements containing words such as "may," "believe," "anticipate," "expect," "intend," "plan," "project," "predict," "will," "projections," "continue," "estimate," "outlook," "opportunity," "guidance," "would," "could," "strive," or similar expressions constitute forward-looking statements. Unless otherwise noted in the presentation, forward-looking statements are made based on assumptions as of February 11, 2025, and although we believe the expectations reflected in the forward-looking statements are reasonable, we cannot guarantee these results. Differences in Zillow Group's actual results from those described in these forward-looking statements may result from actions taken by Zillow Group as well as from risks and uncertainties beyond Zillow Group's control.

Factors that may contribute to such differences include, but are not limited to: the health and stability of the economy and U.S. residential real estate industry, including changes in inflationary conditions, interest rates, housing availability and affordability, labor shortages and supply chain issues; our ability to manage advertising and product inventory and pricing and maintain relationships with our real estate partners; our ability to establish or maintain relationships with listing and data providers, which affects traffic to our mobile applications and websites; our ability to comply with current and future rules and requirements promulgated by National Association of REALTORS® ("NAR"), multiple listing services ("MLSs"), or other real estate industry groups or governing bodies, or decisions to repeal, amend, or not enforce such rules and requirements; our ability to navigate industry changes, including as a result of past, pending or future lawsuits, settlements or government investigations, which may include lawsuits, settlements or investigations in which we are not a named party, such as the NAR settlement agreement entered into on March 15, 2024; uncertainties related to changes resulting from the November 2024 elections in the United States; our ability to continue to innovate and compete to attract customers and real estate partners; our ability to effectively invest resources to pursue new strategies, develop new products and services and expand existing products and services into new markets; our ability to operate and grow Zillow Home Loans' mortgage operations, including the ability to obtain or maintain sufficient financing to fund the origination of mortgages, meet customers' financing needs with product offerings, continue to grow origination operations and resell originated mortgages on the secondary market; the duration and impact of natural disasters, climate change, geopolitical events, and other catastrophic events (including public health crises) on our ability to operate, demand for our products or services, or general economic conditions; our targets and disclosures related to environmental, social and governance matters; our ability to maintain adequate security controls or technology systems, or those of third parties on which we rely, to protect data integrity and the information and privacy of our customers and other third parties; our ability to navigate any significant disruption in service on our mobile applications or websites or in our network; the impact of past, pending or future litigation and other disputes or enforcement actions, which may include lawsuits or investigations to which we are not a party; our ability to attract, engage, and retain a highly skilled workforce; acquisitions, investments, strategic partnerships, capital-raising activities, or other corporate transactions or commitments by us or our competitors; our ability to continue relying on third-party services to support critical functions of our business; our ability to protect and continue using our intellectual property and prevent others from copying, infringing upon, or developing similar intellectual property, including as a result of generative artificial intelligence; our ability to comply with domestic and international laws, regulations, rules, contractual obligations, policies and other obligations, or to obtain or maintain required licenses to support our business and operations; our ability to pay our debt, settle conversions of our outstanding convertible senior notes, or repurchase our outstanding convertible senior notes upon a fundamental change; our ability to raise additional capital or refinance our indebtedness on acceptable terms, or at all; actual or anticipated fluctuations in quarterly and annual results of operations and financial position; actual or perceived inaccuracies in the assumptions, estimates and internal or third-party data that we use to calculate business, performance and operating metrics; and volatility of our Class A common stock and Class C capital stock prices.

The foregoing list of risks and uncertainties is illustrative but not exhaustive. For more information about potential factors that could affect Zillow Group's business and financial results, please review the "Risk Factors" described in Zillow Group's filings with the U.S. Securities and Exchange Commission. Except as may be required by law, Zillow Group does not intend and undertakes no duty to update this information to reflect future events or circumstances.

This presentation includes certain non-GAAP financial measures, including Adjusted EBITDA and Adjusted EBITDA margin, which are key metrics used by our management and board of directors to measure operating performance and trends and to prepare and approve our annual budget. You should not consider these non-GAAP financial measures in isolation or as a substitute for analysis of our results as reported under GAAP.

This presentation also contains estimates and other statistical data made by independent parties and by Zillow Group relating to market size, the housing market, connections, engagement, transactions, growth and other data about Zillow Group's industry and performance. These data involve a number of assumptions and limitations, which may significantly impact their accuracy, and you are cautioned not to give undue weight to such estimates. Projections, assumptions and estimates of future performance are necessarily subject to a high degree of uncertainty and risk. Other important information about Zillow Group's financial results and operating metrics used herein are included in the Appendix of this presentation.

The trademarks included herein are the property of the owners thereof and are used for reference purposes only.

As used in this presentation, references to "Zillow Group," "Zillow," "the company," "we," "us" and "our" refer to Zillow Group, Inc. unless the context indicates otherwise.

# The Zillow Investment Opportunity

**Leading brand and engaged audience:**
"Zillow" is searched more than the term "real estate"[1] with 4x the daily active app users of nearest competitor

**Significant For Sale (Residential + Mortgages) revenue growth opportunity:**
$1.7B For Sale revenue in 2024 with clear path to $1B incremental organic revenue as we roll out existing products
Larger long-term opportunities to convert more customers already in funnel and expand product suite

**Clear Rentals revenue growth path:**
$453M Rentals revenue in 2024 with path to $1B+ revenue

**Executing on a strategy that is working:**
Continued geographic roll-out of existing products and services driving strong revenue growth by gaining share across For Sale and Rentals

**Disciplined cost and investment management expected to drive high incremental margins:**
Disciplined cost structure built to drive positive GAAP net income in 2025 and strong GAAP profitability over time

**U.S. housing industry at attractive cyclical entry point:**
Housing turnover currently near 40-year cyclical lows with 50%+ potential upside at 6M in normalized annual transactions

**Mid-cycle target for $5B revenue with 45% Adjusted EBITDA margin:[2]**
Clear path to attractive organic revenue growth across For Sale and Rentals, plus additional opportunity when housing market normalizes

1. Google Trends report (2010-2024)
2. Adjusted EBITDA margin is a non-GAAP financial measure; it is not calculated or presented in accordance with GAAP. Zillow Group has not provided a quantitative reconciliation of this forecasted Adjusted EBITDA Margin to the most directly comparable GAAP measure within this presentation because the company is unable, without making unreasonable efforts, to calculate certain reconciling items with confidence. Please see the Appendix slides for more information about our presentation of Adjusted EBITDA margin.

Note: See subsequent slides for further information on the calculation and sources for statistical data and forward-looking statements provided on this slide.



DX0373-003

# Large Addressable Market and Growth Opportunity

$2T total transaction value (TTV) in 2024 across For Sale and Rentals creates $168B total addressable market (TAM)

| | Residential | Purchase Mortgage | Total For Sale | Rentals | Total 2024 |
|---|---|---|---|---|---|
| TTV[1] | $1.7T | | $1.7T | $290B | **$2T** |
| TAM[2] | $98B | $45B | $143B | $25B | **$168B** |
| 2024 Zillow revenue | $1.6B | $145M | $1.7B | $453M | **$2.2B** |
| 2024 Zillow revenue % of TTV | 9 bps | 1 bp | 10 bps | 16 bps | **11 bps** |

1. Total transaction value (TTV): (a) Residential and Mortgages TTV calculated as the number of existing residential homes sold multiplied by the average sales price of existing residential homes sold during the relevant period according to industry data collected and estimated by Zillow, as published monthly on our site, and (b) Rentals TTV calculated as U.S. rental unit inventory and average monthly rent according to the U.S. Census Bureau's Current Population Survey dated Feb. 5, 2025, and Zillow Group internal data for rental unit turnover.
2. See Part I, Item 1 in our Annual Report on Form 10-K for the year ended Dec. 31, 2024, for further information on this calculation.

# U.S. Housing: Large Growth Industry Near Cyclical Lows

Expect ~6M annual home sales in normalized environment

## Total Transaction Value (TTV)[1] Historical Growth




## Historical Existing Homes Turnover

Average historical turnover[3] level expected to yield ~6 million[4] average annual home sales in normalized environment




1. Total transaction value (TTV) for purposes of historical growth calculations is calculated as the number of existing residential homes sold, multiplied by the average sales price of existing residential homes sold during the relevant period according to industry data collected and estimated by Zillow as published monthly on our site and estimated for the periods 2000–2008. Data is as of January 2025.
2. Compound annual growth rate
3. Turnover is defined as total existing residential homes sold, annualized and seasonally adjusted, according to the National Association of REALTORS® (NAR), divided by total U.S. households according to the U.S. Census Bureau.
4. Estimated assuming an average turnover of 4.6% multiplied by the number of U.S. households as of December 2024 according to the U.S. Census Bureau. Average turnover estimated using the number of existing residential homes sold as reported by NAR divided by the number of U.S. households existing at the end of each period, 2000–2024.

# Leading Category Traffic Position

Consumer-focused experience drives market-leading audience

## Comscore Average Monthly Unique Visitors




## Zillow Group Real Estate Audience Share




Source: Left chart is Comscore data for January 2023 – December 2024. Right chart is Zillow Group monthly unique visitors divided by "real estate" unique visitors (as defined by Comscore)

1. Zillow Group includes Zillow, Trulia, Hotpads, StreetEasy, and dotloop brands.

# Preeminent Category App

80% of consumers come direct to Zillow[1] and our #1 U.S. real estate app is a significant driver of this organic traffic

## Daily Active App Users Among Real Estate Marketplaces




## Average Daily Active App Users




Source: data.ai data for January 2023 – December 2024

1. Zillow internal data and estimates
2. Zillow Group includes Zillow, Trulia, Hotpads, and StreetEasy brands.
3. Other includes four other real estate apps listed by data.ai.



ZILLOW GROUP

DX0373-007

# Opportunity: Convert More High-Intent Customers Already in Funnel

Housing super app drives increased conversion of the 25% of actual buyers already attempting to connect with Zillow

## For Sale Funnel

**$1.7T** **Total Transaction Value (TTV)**

**$143B[1]** **For Sale TAM**




Zillow has the #1 real estate brand in the U.S.[2]

**66%[3]** of all U.S. real estate audience is on Zillow today

**$30B[2]** **Serviceable addressable market of customers engaged in our funnel**

176 bps of TTV

**Opportunity:**
**Helping more buyers and sellers transact with Zillow**

High-intent customers engaged with Zillow

**25%** of actual buyers[4] attempt to connect with Zillow

**$1.7B** **2024 Zillow For Sale revenue**

10 bps of TTV

1. See slide 4 for information regarding calculation of For Sale (residential and purchase mortgage) total addressable market (TAM) and total transaction value (TTV).
2. Estimate of buy- and sell-side transactors engaged in Zillow's funnel multiplied by estimated revenue per transaction for buyers and sellers assuming use of full housing super app experience, respectively.
3. See slide 6 for further information.
4. Zillow internal estimate of percentage of total agent partner connections who transact and total purchase mortgage leads who transact, in each case, with or without Zillow.

# Our Strategy is Working

Zillow total revenue growth has meaningfully outperformed a challenged housing market

## Cumulative Zillow Total Revenue Growth vs. Industry Total Transaction Value (TTV)[1]




1. Cumulative Zillow total revenue and industry total transaction value (TTV) calculated on a trailing 12-month basis for all periods presented. See slide 4 for additional information on our calculation of total transaction value (TTV).

# For Sale Strategy is Working: $1B Incremental Revenue Opportunity

We've consistently outperformed the industry since embarking on the housing super app strategy in early 2022

## For Sale Revenue Share of Industry Total Transaction Value (TTV) Has Expanded …

Zillow trailing 12-month For Sale revenue / trailing 12-month industry TTV[1]

## …With Clear Path for Growth

**$1B incremental organic revenue opportunity[2]** driven by continued roll-out of Enhanced Markets[3] and Zillow Showcase in a flat housing market




1. See slide 4 for additional information on our calculation of total transaction value (TTV).
2. Represents our estimated For Sale revenue share of TTV, assuming we (1) reach 75% of Zillow transactions going through the Enhanced Market experience and (2) reach the mid-point of our $150M-$300M intermediate-term revenue opportunity target for Zillow Showcase. See slides 20 and 21 for further information.
3. Enhanced Markets are geographies in which we are laying the foundation for consumers who come to Zillow to be able to easily and digitally move through the home-buying process from touring to closing with the support of our agent partners and Zillow Home Loans loan officers.

# Leading Rentals Traffic Positions Us Well for Growth

Product-led Zillow Rentals platform and unique listings drive market-leading renter audience

## Comscore Average Monthly Unique Visitors




Graph represents estimated average monthly unique visitors on Zillow Rentals and other sites for January 2024 – May 2024 using Comscore data

# Executing Rentals Revenue Growth with $1B+ Revenue Target

Built unique rental platform to drive #1 rental audience, now focused on scaling revenue across the marketplace

## Full Year Rentals Revenue




**2022+**
Accelerating **multifamily (25+ Units)** properties and revenue

**2018–2022**
Built sustainable **longtail rental (<25 Units)** platform

# Disciplined Cost Structure Expected to Leverage Future Revenue Growth

Current fixed cost base expected to drive operational leverage as we focus on sustainable profitable growth




Annualized run rate, at the right fixed investment level for current initiatives, expect to grow with inflation

Expect to grow with revenue over the longer term as various growth initiatives scale and mature

Opportunistic for compelling growth situations

Adjusted EBITDA margin[1] target as we grow revenue and leverage fixed costs over time[2]

1. Adjusted EBITDA and Adjusted EBITDA margin are non-GAAP financial measures; they are not calculated or presented in accordance with GAAP. Zillow has not provided a quantitative reconciliation of these forecasted Adjusted EBITDA and Adjusted EBITDA margin measures to the most directly comparable GAAP measures within this presentation because the company is unable, without making unreasonable efforts, to calculate certain reconciling items with confidence. Please see the Appendix slides for more information about our presentation of these non-GAAP measures.
2. This slide is provided for illustrative purposes to demonstrate one path toward achieving a 45% Adjusted EBITDA margin target based on the assumptions articulated in this slide.

# For Sale

ZILLOW GROUP



# For Sale Strategy is Working: $1B Incremental Revenue Opportunity

We've consistently outperformed the industry since embarking on the housing super app strategy in early 2022

## For Sale Revenue Share of Industry Total Transaction Value (TTV) Has Expanded ...

Zillow trailing 12-month For Sale revenue / trailing 12-month industry TTV[1]

## ...With Clear Path for Growth

**$1B incremental organic revenue opportunity[2]**
driven by continued roll-out of Enhanced Markets[3] and Zillow Showcase in a flat housing market




1. See slide 4 for additional information on our calculation of total transaction value (TTV).
2. Represents our estimated For Sale revenue share of TTV, assuming we (1) reach 75% of Zillow transactions going through the Enhanced Market experience and (2) reach the mid-point of our $150M-$300M intermediate-term revenue opportunity target for Zillow Showcase. See slides 20 and 21 for further information.
3. Enhanced Markets are geographies in which we are laying the foundation for consumers who come to Zillow to be able to easily and digitally move through the home-buying process from touring to closing with the support of our agent partners and Zillow Home Loans loan officers.

# Zillow's Housing Super App is Differentiated in the Market

Integrated customer experience designed to make transacting with Zillow easier over time




| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Mover** | Shop based on affordability | Tour | Find your agent | Choose how to sell | Collaborative messaging | Digital pre-approval | Integrated title & close |
| | BuyAbility℠ | ShowingTime+ | | Zillow Showcase | fub | Zillow Home Loans | dotloop, SPRUCE |
| **Agent** | Understand your clients | Manage tours | Understand your performance | Win listings | Centralized communications | Integration with ZHL | Closing |




Screen and app images are simulated for illustrative purposes. It may not be an exact representation of the product, and not all features are available on all listings or listing types.

# We Are Gaining Meaningful Share in our Enhanced Markets

## Early Enhanced Markets: Significant Revenue per TTV Share Growth

- Continued strong growth in the first four Enhanced Markets
- Seeing repeatable success across all subsequent Enhanced Markets
- Growth inflection typically occurs more than 12 months after market launch

### Trailing 12-Month Revenue / Total Transaction Value (TTV) for the First Four Enhanced Markets




Graph illustrates, for each period presented, the 12 months trailing estimated revenue in the Atlanta, Denver, Phoenix, and Raleigh Enhanced Markets divided by the aggregate total transaction value (TTV) for those markets, as measured by Zillow's internal data, during the same period.

# We Expect to Keep Gaining Share by Winning More Customers and Growing Revenue Per Total Transaction Value

## Win More Customers:

Established products and services convert more connections to transactions as housing super app experience and industry software tools expand

ShowingTime+

**Real Time Touring**
33% of all connections today, powered by ShowingTime
Real Time Touring customers transact more than 3x other actions

Zillow Showcase

**Zillow Showcase**
Helps homeowners sell listings faster and for about 2% more than similar non-Showcase listings
Helps agents win 30% more listings than similar agents who don't use Showcase

fub

**Follow Up Boss**
>80% of all connections in Enhanced Markets flow through Follow Up Boss, Zillow's CRM for agents, with customer insights to help agents more efficiently manage client interactions

Zillow Premier Agent

**Premier Agent**
80% of Premier Agent partners in top 20% of all producers in the U.S.

Zillow HomeLoans

**Integrated financing through Zillow Home Loans**
Customers transact at an 80% higher rate when connecting with both Zillow Home Loans and a Zillow Premier Agent partner

## Grow Revenue per Total Transaction Value:

Expansion of products: Zillow Home Loans, Zillow Showcase, and Spruce to more markets is expected to grow revenue / total transaction value

**Buy side**

| | |
|---|---|
| Zillow Premier Agent | Buyer referral fee |
| Zillow HomeLoans | Loan origination revenue |
| Spruce | Title and closing service revenue |

**$4K–18k potential revenue per transaction**

**Sell side** (Two-thirds of buyers are also sellers)

| | |
|---|---|
| Zillow Showcase | Revenue per Showcase listing |
| Zillow Premier Agent | Seller referral fee |

**$500–5k potential revenue per transaction**

Source: Zillow internal data and estimates

# Integration of Premier Agent and Zillow Home Loans is Working

## Consistent Adoption Rates[1] across Seasoned Enhanced Markets as We've Expanded...




## ...Driving Strong Purchase Loan Origination Volume Growth




[1] Adoption rate is the percentage of Zillow customers that use both a Premier Agent partner and Zillow Home Loans to purchase a home, as measured by Zillow's internal data.

# Expanding Our Addressable Market to Sellers with Zillow Showcase

## Zillow Showcase % of New Listings Expansion

On track to expand Zillow Showcase to our intermediate-term $150M–$300M[1] annual revenue opportunity




[1] Annual revenue target assumes Zillow Showcase activated on 5%–10% of total active listings.

# Methodically Rolling Out Enhanced Markets to Larger Mix of Our Business

We expect to have **+35%** of our connections in the Enhanced Market experience by the end of 2025 and **~75%** when fully rolled out nationally over time

**Enhanced Market Share of Total Connections[1]**




1. Zillow internal estimates and data

# Rentals

ZILLOW GROUP



# Executing Rentals Revenue Growth with $1B+ Revenue Target

Built unique rental platform to drive #1 rental audience, now focused on scaling revenue across the marketplace

## Full Year Rentals Revenue




**2022+**
Accelerating
**multifamily (25+ Units)**
properties and revenue

**2018–2022**
Built sustainable
**longtail rental (<25 Units)**
platform

# Large Addressable Market and Growth Opportunity

$25B[1] rental market driven by high annual unit turnover

| 2024 Estimates | Longtail (<25 units) | Multifamily (25+ units) | Total |
|---|---|---|---|
| Rental properties[2] | 17M | 140K | **17M** |
| Rental units[2] | 26M | 23M | **49M** |
| Average unit turnover[3] | 30% | 38% | **34%** |
| Units turned over annually | 8M | 9M | **17M** |
| Zillow Rentals listing share[3] | 66% | 42% | **54%** |

1. See slide 4 for information regarding calculation of Rentals total addressable market (TAM).
2. 2024 year-end estimates derived from the U.S. Census Bureau's Current Population Survey dated Feb. 5, 2025, and the 2021 Rental Housing Finance Survey by the U.S. Department of Housing and Urban Development.
3. Zillow internal data and estimates

# The Customer Problem: Fragmented Rentals Marketplace

## Rentals

**No MLS system**
No single marketplace with comprehensive rental listing coverage

**49M**
2024 rental units[1]

**17M**
2024 vacancies[2]

Share listed on **Zillow:**




## For Sale

**MLS system**
provides nearly complete coverage of for-sale properties

**100M**
Owned homes[3]

**3.6M**
2024 existing homes sold[4]

Share listed on **Zillow:**




1. 2024 year-end estimates derived from the U.S. Census Bureau's Current Population Survey dated Feb. 5, 2025, and the 2021 Rental Housing Finance Survey by the U.S. Department of Housing and Urban Development
2. Zillow internal data and estimates for 2024
3. U.S. Census Bureau's Current Population Survey dated Feb. 5, 2025
4. Existing homes sold according to industry data tracked by Zillow that is publicly available on our site (https://www.zillow.com/research/data/)

# Our Solution: The Two-Sided Rentals Marketplace

Building the most comprehensive set of rental listings to serve all renters and property managers

High-quality traffic[1] and leads to property managers

Large coverage of rental listings across longtail and multifamily, with 1.9M active rental listings[2]




Focus on consumer experience drives #1 preference among renters[1]

Largest consumer audience with ~31M monthly unique visitors[3]

1. Zillow Group internal data and estimates
2. Zillow Group internal data and estimates as of Dec. 31, 2024
3. Average monthly unique visitors on Zillow Rentals for January 2024 – December 2024, estimated using Comscore data

# Housing Super App Experience: Rentals

Experience designed to make transacting with Zillow Rentals easier




| | Search | Tour | Apply | Sign a lease | Pay | Insure |
|---|---|---|---|---|---|---|
| **Mover** | Search | Tour | Apply | Sign a lease | Pay | Insure |
| **Landlord** | List | Tour | Screen | Create a lease | Collect rent | |




Screen and app images are simulated for illustrative purposes. It may not be an exact representation of the product, and not all features are available on all listings or listing types.



DX0373-027

# Leading Rentals Traffic Positions Us Well for Growth

Product-led Zillow Rentals platform and unique listings drive market-leading renter audience

## Comscore Average Monthly Unique Visitors




Graph represents estimated average monthly unique visitors on Zillow Rentals and other sites for January 2024 – May 2024 using Comscore data

# Multifamily Rentals Primary Driver of $1B+ Revenue Target

80% of Zillow's multifamily revenue is in a paid-inclusion[1] subscription model

## Multifamily Properties[2] on Zillow Rentals




## Zillow Multifamily Revenue (Trailing 12 Months)




1. Paid-inclusion revenue excludes Zillow Lease Connect and pay-per-lease revenue.
2. Includes Zillow, Trulia, and HotPads mobile apps and websites



DX0373-029

# Targets + Financial Philosophy

ZILLOWGROUP



# Our Financial Philosophy

Drive sustainable GAAP-profitable growth with flexible financial position

- **Strong organic revenue growth driven by superior products and services**
- **Continue to control fixed cost base to drive high incremental margins**
- **Gain meaningful leverage to target strong GAAP profitability**
- **Use M&A to strategically accelerate growth strategy**
- **Opportunistic share buyback**
- **Retirement of convertible debt instruments — convertible debt-free by end of Q2 2025**

# 2024 Goals Achieved

| | | |
|---|---|---|
| | **Zillow real estate platform** | ✔ **Double-digit revenue growth of 15%**<br>✔ **Expanded** Adjusted EBITDA margin by **200bps**[1] |
| **Residential** | **Touring** | ✔ **Expanded** Real Time Touring nationwide and **increased** mix of connections from **10%** to **20%** — **now 33%** of connections as of Dec. 31, 2024 |
| | **Seller solutions** | ✔ **Launched** Zillow Showcase nationwide and **increased** new listing share from **0.5%** to **1.7%** — on track to achieve **5%–10%** in the intermediate term |
| | **Enhanced partner network** | ✔ Helped agents **increase conversion** with Follow Up Boss |
| | **Integrating our services** | ✔ **Expanded** Enhanced Markets to **43**, with full product experience now covering **21%** of connections |
| **Mortgages** | **Financing** | ✔ **Expanded** integration with Premier Agent partners to **21%** of connections<br>✔ **Increased** purchase mortgage lead conversion |
| **Rentals** | **Multifamily** | ✔ **Expanded** number of multifamily properties **from 37,000 to 50,000** and increased total rental listings by **>20%** |

1. Adjusted EBITDA margin is a non-GAAP financial measure; it is not calculated or presented in accordance with GAAP. On a GAAP basis, we improved net loss margin by 300bps during the same period. Please see the Appendix slides for more information about our presentation of Adjusted EBITDA margin, including a reconciliation to the most directly comparable GAAP financial measure for the relevant period.

# We Are Controlling Costs while Investing for Future Growth

Adjusted EBITDA margin expanded 200bps year over year to 22% in 2024[1]

## Fixed, Variable, and Advertising Costs as a % of Full-Year 2024 Revenue

### Control fixed costs

Leveraged fixed cost base




### Invest to support future growth

Hired sales and loan officers to support growth in Zillow Home Loans, Zillow Showcase and multifamily rentals




### Use advertising to accelerate growth

Opportunistic rentals advertising campaign




1. Adjusted EBITDA margin is a non-GAAP financial measure; it is not calculated or presented in accordance with GAAP. On a GAAP basis, we improved net loss margin by 300bps during the same period. Please see the Appendix slides for more information about our presentation of Adjusted EBITDA margin, including a reconciliation to the most directly comparable GAAP financial measure for the relevant period.



DX0373-033

# 2025 Financial Goals and Mid-Cycle Financial Target Updates

## Full-Year 2025 Financial Goals

Expand and scale to provide more products and services to renters, buyers, sellers, and industry professionals

| | |
|---|---|
| **Revenue** | Low to mid-teens growth |
| **Adjusted EBITDA margin** | Continued Adjusted EBITDA margin expansion |
| **Net income** | Positive GAAP net income |

## Mid-Cycle Financial Targets

Clear path to attractive organic revenue growth across For Sale and Rentals, plus additional opportunity when housing market normalizes

| | |
|---|---|
| **Existing homes sold** [1] | 6 million |
| **Total revenue** | $5 billion |
| **Adjusted EBITDA margin**[2] | 45% |

1. See slide 5 for further information on this calculation.
2. Adjusted EBITDA margin is a non-GAAP financial measure; it is not calculated or presented in accordance with GAAP. Zillow Group has not provided a quantitative reconciliation of this forecasted Adjusted EBITDA margin to the most directly comparable GAAP measure within this presentation because the company is unable, without making unreasonable efforts, to calculate certain reconciling items with confidence. Please see the Appendix slides for more information about our presentation of Adjusted EBITDA margin.

# Active Capital Management

We have been actively deploying cash across share buybacks, reducing convertible senior debt, and M&A

## Share Repurchases ($M)

Opportunistic share repurchases




| | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|
| **Shares repurchased (M)** | 4.9 | 22.2 | 9.5 | 7.1 |
| **Weighted average price** | $61 | $43 | $45 | $42 |
| **Diluted shares outstanding (M)** | 262 | 242 | 234 | 234 |

## Convertible Debt ($M)

Expect to be convertible debt-free by end of Q2'25




Outstanding principal convertible debt at year end

## M&A ($M)[1]

Selective acquisitions accelerating strategy and growth




1. Net of cash acquired

# Seasoned Management Team

Leadership team has built successful consumer internet and real estate companies and managed across economic cycles

YEARS AT ZG 21


**Rich Barton**
Co-Executive Chairman
Expedia Microsoft glassdoor NETFLIX

YEARS AT ZG 21


**Lloyd Frink**
Co-Executive Chairman and President
Expedia Microsoft JUST EAT Takeaway.com

YEARS AT ZG 16


**Jeremy Wacksman**
Chief Executive Officer
TRILOGY Microsoft Rover

YEARS AT ZG 8


**Jeremy Hofmann**
Chief Financial Officer
Goldman Sachs

YEARS AT ZG 10


**Jun Choo**
Chief Operating Officer
trulia

YEARS AT ZG 20


**David Beitel**
Chief Technology Officer
Expedia Microsoft

YEARS AT ZG 11


**Errol Samuelson**
Chief Industry Development Officer
move realtor.com

YEARS AT ZG 9


**Dan Spaulding**
Chief People Officer
DELL Technologies life technologies

YEARS AT ZG 4


**Jenny Arden**
Chief Design Officer
lyft airbnb

YEARS AT ZG 14


**Jennifer Rock**
Chief Accounting Officer
KPMG

YEARS AT ZG 13


**Brad Owens**
General Counsel and Corporate Secretary
PERKINSCOIE



DX0373-036

# Appendix

ZILLOWGROUP

# Use of Operating Metrics

Zillow Group reviews a number of operating metrics to evaluate its business, measure performance, identify trends, formulate business plans, and make strategic decisions. This communication includes Total Transaction Value, For Sale Revenue Per Total Transaction Value, and Revenue Per Customer Transaction. Zillow Group uses these operating metrics on a periodic basis to evaluate and provide investors with insight into the performance of Zillow Group's transaction-based product and service offerings, which include Premier Agent, Zillow Home Loans, Zillow Showcase, and Spruce.

**For Sale Revenue Per Total Transaction Value**: Zillow Group calculates "For Sale Revenue Per Total Transaction Value" as total Residential and Mortgages revenue, or For Sale Revenue, for the relevant period divided by the aggregate total transaction value for the same period. "Total transaction value" is calculated as the number of existing residential homes sold during the relevant period multiplied by the average sales price of existing residential homes sold during the relevant period according to industry data collected and estimated by Zillow, as published monthly on our site.

**Customer Transactions:** Unless otherwise indicated, Zillow Group calculates "Customer Transactions" as each unique purchase or sale transaction in which the homebuyer or seller uses Zillow Home Loans, Zillow Showcase, Spruce, and/or involves an agent partner with whom the buyer or seller connected through Zillow Group. In particular:

- For agent partners, Zillow Group uses an internal approximation of the number of buy- and/or sell-side transactions, as applicable, that involve an agent partner with whom the buyer or seller connected through Zillow Group. Because of the challenges associated with measuring the conversion of connections to transactions outside of our Premier Agent Flex program, including reliance on the availability and quality of public records and data, these estimates may be inaccurate.
- For Zillow Home Loans, Zillow Group counts each unique purchase transaction in which the buyer uses Zillow Home Loans.
- For Zillow Showcase, Zillow Group counts each unique sale transaction in which the listing agent or seller uses Zillow Showcase.
- For Spruce, Zillow Group counts each unique purchase transaction in which the buyer uses Spruce.

**Revenue Per Customer Transaction:** Zillow Group calculates "Revenue Per Customer Transaction" as Premier Agent, Zillow Home Loans, Zillow Showcase and Spruce revenue divided by the number of Customer Transactions during the relevant period.

# Use of Non-GAAP Measures

To provide investors with additional information regarding our financial results, this presentation includes references to non-GAAP financial measures, including Adjusted EBITDA and Adjusted EBITDA margin. We have provided information on the next slide to reconcile Adjusted EBITDA to net loss, the most directly comparable U.S. generally accepted accounting principle ("GAAP") financial measure, and to calculate Adjusted EBITDA margin, as well as net loss margin, the most directly comparable GAAP financial measure.

We have not provided a quantitative reconciliation of forecasted Adjusted EBITDA or forecasted Adjusted EBITDA margin to forecasted GAAP net income (loss) or forecasted GAAP net income (loss) margin, as applicable, within this presentation because we are unable, without making unreasonable efforts, to calculate certain reconciling items with confidence. These items include but are not limited to: income taxes that are directly impacted by unpredictable fluctuations in the market price of our capital stock; depreciation and amortization from new acquisitions; impairments of assets; gains or losses on extinguishment of debt; and acquisition-related costs. These items, which could materially affect the computation of forecasted GAAP net income (loss) and forecasted GAAP net income (loss) margin, are inherently uncertain and depend on various factors, many of which are outside of our control.

Adjusted EBITDA and Adjusted EBITDA margin are key metrics used by our management and board of directors to measure operating performance and trends and to prepare and approve our annual budget. In particular, the exclusion of certain expenses in calculating these measures facilitates operating performance comparisons on a period-to-period basis.

Our use of non-GAAP financial measures has limitations as an analytical tool, and you should not consider these measures in isolation or as a substitute for analysis of our results as reported under GAAP. Some of these limitations include, but are not limited to, the fact that such non-GAAP measures:

- Do not reflect changes in, or cash requirements for, our working capital needs;
- Do not consider the potentially dilutive impact of share-based compensation;
- Although depreciation and amortization are non-cash charges, the assets being depreciated and amortized may have to be replaced in the future, and Adjusted EBITDA and Adjusted EBITDA margin do not reflect cash capital expenditure requirements for such replacements or for new capital expenditures or contractual commitments;
- Do not reflect impairment and restructuring costs;
- Do not reflect acquisition-related costs;
- Do not reflect the loss (gain) on extinguishment of debt;
- Do not reflect interest expense or other income, net;
- Do not reflect income taxes; and
- Other companies, including companies in our own industry, may calculate these non-GAAP measures differently from the way we do, limiting their usefulness as comparative measures.
- Because of these limitations, you should consider Adjusted EBITDA and Adjusted EBITDA margin alongside other financial performance measures, including various cash-flow metrics, net loss, and our other GAAP results.

# Reconciliation of Non-GAAP Measures

The following table presents a reconciliation of Adjusted EBITDA to net loss, the most directly comparable GAAP financial measure, and a calculation of Adjusted EBITDA margin, as well as net loss margin, the most directly comparable GAAP financial measure, for each of the periods presented (in millions except percentages, unaudited):

| | Year Ended December 31, | |
|---|---|---|
| | 2024 | 2023 |
| Reconciliation of Adjusted EBITDA to Net Loss: | | |
| **Net loss** | **$ (112)** | **$ (158)** |
| Income taxes | 5 | 4 |
| Other income, net | (127) | (151) |
| Depreciation and amortization | 240 | 187 |
| Share-based compensation | 448 | 451 |
| Impairment and restructuring costs | 6 | 19 |
| Acquisition-related costs | 1 | 4 |
| Loss (gain) on extinguishment of debt | 1 | (1) |
| Interest expense | 36 | 36 |
| **Adjusted EBITDA** | **$ 498** | **$ 391** |
| | | |
| Total Revenue | $ 2,236 | $ 1,945 |
| Net loss margin | (5%) | (8%) |
| Adjusted EBITDA margin | 22% | 20% |

ZILLOW GROUP

https://investors.zillowgroup.com