# EXHIBIT AC

# Document Produced Natively

ZILLOW-LIT-00015331 - ZILLOW-LIT-00015341

# 2025 Rentals - Marketing Brief

October 2024

**Overview:** Build and iterate on our 2024 Apartment Seeker Campaign (ASC) with creative and messaging that highlights apartment listing quantity and quality to drive consideration of Zillow Rentals (ZR) among apartment shoppers. Building on our core creative idea, let's use the Zillow Rentals product experience to create relatable stories and scenarios that resonate with diverse audiences across all channels. We will showcase this work and the corresponding Renter growth numbers to Melissa to communicate how the Zillow Rentals Network (ZRN) unlocks business success.

**Objective:** (1) Drive For Rent visits, acquire net new Rachels into the ZR ecosystem, and drive increased consideration of ZR among apartment seekers by showing that Zillow Rentals has zillions of apartments, and will make it easy for Rachel to find an apartment that meets her criteria and life needs, while (2) leveraging those apartment seekers to instill Melissa's confidence and satisfaction with Zillow Rentals.

**GET** Apartment Seekers and Melissas
**TO** think of and use Zillow as a trusted, go-to place for apartment rentals
**BY** showcasing our zillions of quality listings and quality Renters

**Key Success Metrics[1]:**
1. Apartment Seeker Visits - 47.6M Goal, for $60M investment
2. Net New Rachels on Zillow - 10.6M Goal, for $60M investment
3. Melissa Brand Satisfaction - 81% Goal[2]

**Stewardship Metrics:**
1. Zillow Rentals Consideration among Apartment Seekers - XX Goal[3]
2. Multifamily Leads (all contacts by Renters to a Multifamily property) - 2.98M Goal
    a. "Request a Tour," "Book Tour Now," "Request to Apply," "Ask a Question" - note that "Apply Now" is not included at the moment because only 0.65% of MF properties offer this and it has therefore not been a priority for Rentals Data Science to expand the definition yet.
3. Conversion Rate (Rental Visits to MF Submit for ALL of Zillow Rentals audience) - 2.30% Goal
4. Cost per Rental Visit - $1.26 Goal
5. Melissa Marketing Partner Engagements (MPEs) - 30,611 2025 MPE Goal

**Objective 1 & 2, Drive Apartment Seeker Visits & Net New Rachels on Zillow**

**Customer Problem:**
- **Customer Macro:** Affordability is top of mind for Renters, given the 30%+ rise in rents during the pandemic. There is some relief right now with Partners offering concessions (free 1st month rent, free parking, etc), freezing the typical 3% YoY rent growth, and in some cases even reducing rents. Particularly relevant to Apartment Seekers, apartments are more affordable than single family homes for the first time in a long time. However, even with these small affordability improvements, rents are still sky high, and Apartment Seekers looking to move are scouring all available resources. They don't want to miss out on finding the best home for them, and in order to feel confident they need to use multiple sites to see all their options and to get high quality, detailed, and accurate information.
- **Customer Moving Realities:** Finding a rental is a difficult and frustrating process. Renters are often on a tight timeline and need to move quickly (2-4mo out). For these Renters, searching listings is the most difficult stage in their journey because shoppers have to compare across multiple sources. They often confront listing discrepancies and general lack of quality in listings (i.e. listings that are incomplete or lacking in detail, don't have enough photos, or are missing key information like cost).

**Customer Feelings:**
- **Stressed** about needing to find a new place (often on a tight timeline and with specific criteria)
- **Excited** about the clean slate a new home provides and the potential that comes with it

[1] Unless otherwise noted, these metrics are all covered in MADS document 2025 Rentals Measurement Plan
[2] Measured in the B2B Perceptions study. As we massively grow our Melissa property count in 2024 and 2025 we are introducing a lot of risk that she loses satisfaction (lower leads delivered, less attention from Sales team, less Zillow love). With a high bar already for Satisfaction at 81%, staying flat is ambitious in this growth environment!
[3] TBD as we get more data in Q4 from our new Brand Health Tracker

- **Scared** her search methods or platforms will cause her to miss out on the 'perfect' place
- **Frustrated** by having to check so many sites and filter through listings that don't match her needs or have incomplete information needed to make a decision

**Customer Think / Feel / Do:**

| | **FROM (Current) →** | **TO (Desired)** |
|---|---|---|
| Think | I must check multiple platforms and places in order to find my next apartment home | I always start my search with ZR, they have the most apartment listings and the details on the listings that I need to make a decision on my next home |
| Feel | Stressed, frustrated, overwhelmed, scared that I won't find what I am looking for or will miss out on the 'best' option | ● Confident that I've seen all their options,<br>● Satisfied with my ability to easily evaluate inventory, availability, pricing/fees, income requirements, pictures, amenities, and more<br>● Excited about the clean slate a new home provides and the potential that comes with it |
| Do | I use competing ILSs to find my next apartment. | I use ZR as my primary resource to discover, evaluate, and submit for my next apartment |

**Key Messages:** Zillow has zillions of apartments. Including one that's perfect for you.[4]

**Messaging Pillars:**

1. **QUANTITY**
   - Zillow has Zillions of apartment listings
   - Zillow's search tools will help you find the apartment relevant to your criteria
     - Search tools = filters, saved searches, recommendations, and notifications

2. **QUALITY**[5]
   - Zillow provides the information, media, and insights to assess my options and know it's the right fit
     - Information = listing details
     - Media = photos, building maps, floorplans, and 3D tours
     - Insights = neighborhood details, points of interest, schools

**Message Mapping:**

- Message-to-Asset guidance: looking at the full suite of assets, we want to cover quant and qual pillars individually and at roughly 40:40:20 quant:qual:quant+qual, though if our tagline or Zillions fits to cover quant + qual in some of these that would also be great.
  - Quant should focus on the core messaging of Zillions, the most recently approved most listings claim (woot!), and also the relevance territory (filters, saved searches, recommendations, and/or notifications). For filters, refer to the Renter Need <-> Product Feature table below. In that table is the MECE list of our features that deliver on Qual, and filters is a big one. Within filters if we wanted to go deep in certain assets with vignettes or stories, the filters get less important down the table, with pet filter and in-unit-laundry as the most used by Renters. But cute mini stories around elevators or pools or hardwood floors etc etc could be a direction we go, so the full table is shared.
  - Qual should make heavy use of the two claims on (1) verified and (2) comprehensive, and also build in some assets around media (building maps, floorplans, 3D tours) and insights (neighborhood, POI, schools).
- CTA guidance: we want audiences to have a real call-to-action, not just "learn more". But not so far down-funnel that a user feels uneasy clicking, such as "apply now".

**Approved Claims (see Claims Repository for included citations):**

- Approved: Zillow has Zillions of apartment listings.
- Approved: Zillow Rentals has the most {listings, properties}.
- Approved: With the most {listings, properties}, you know you can see more options on Zillow Rentals than any other rental network.

[4] Rachel Messaging Framework
[5] Apartment Shopping Journey

- Approved: Zillow Rentals has more {listings, properties} than any other rental network, making us the go-to place to find a new home.
- Approved: Zillow Rentals is the most visited and most preferred rental network.[6]
- Approved: Zillow has apartment listings from verified sources so you can feel confident the listing is real.
- Approved: Zillow has comprehensive listings so you can feel confident in the listing information.

| Objective 3, Melissa Brand Satisfaction |
|---|

**Partner Problem:**

- **Multifamily Corporations / Operators:** As a business, Multifamily Corporations are highly savvy businesses with portfolios ranging from 100s to 10Ks of units, massive investment arms (in the $10Bs), and equally massive yearly revenues. They view marketing as a small piece of their operating budgets (a couple percentage points) that is necessary to maintain demand but equally necessary to minimize marketing budgets, which directly impact their bottom line. They pay close attention to macro, and as renter demand remains soft, vacancy rates for their properties continue to be much higher than their targets and, in turn, increases their need for more and more renter leads (ie: they need to pay for more marketing).
- **Melissa:** Within the context of the Multifamily Corporation, Melissa is the Marketing Manager responsible for driving demand — maximizing the modest budget she is provided. She pays close attention to vacancy rates across her portfolio of properties, and is measuring cost per lead across her media mix (which includes ILS spend, Google, and to a lesser extent Meta). Her goal is to maximize her marketing investment, driving the lowest cost per lead (and, more importantly, cost per lease, though she struggles to measure this), which means she cares about lead quantity *and* quality. At the end of the day, she wants to make her managers happy, by showcasing her ability to drive efficient tenant acquisition (cost per lease), highlight relevant local insights (Moody's, ZR data), and be seen as a savvy, value-driving part of the Multifamily Corporation.
- **For Sale Macro:** We know the For Rent macro (covered in "Multifamily Corporations / Operators") gives headwinds to Melissa, hence why we are able to grow massively our MF property count in 2023 and 2024. However, the For Sale macro is also on Melissa's mind, and leads her to be concerned about the future as well. High interest rates and low inventory on the For Sale side of the market are the key headlines over the past few years. But, as interest rates continue to decline, Melissa and the corporation she works for are feeling increasingly nervous about softness in the Rentals market. This makes them feel they need more reliance on marketing investment to attract tenants, but they will also have high scrutiny on how those marketing dollars are invested given the realities we know in the Rentals macro over the next 1-2 years.

**Melissa Feelings:**

- **Frustrated** by a macro driving increased marketing costs and reduced leads
- **Cautious** with her media mix, as each line adds costs, complexity, and effort
- **Nervous** to maintain her org reputation in the context of the changing macro
- **Fearful** of not supporting the needed lead pipeline
- **Excited** by any media partner that will help her with results and communicating those results to her management

**Melissa Think/Feel/Do[7]:**

| | FROM (Current) → | TO (Desired) |
|---|---|---|
| Think | • Zillow Rentals has a leading presence in rentals. When it comes to Apartment specific renters and results- Apartments.com seems to be the safer investment. | • Zillow is where apartment renters shop most and therefore I'll maximize my Return on Advertising Spend (ROAS) |
| Feel | • Zillow Rentals is growing but doesn't feel like the undisputed leader due to historical investment levels compared to competitors. However, their 2024 campaign and partnerships show significant progress and promise.<br>• Apartments.com remains a major player by driving lead volume and making bold marketing moves, though their investment choices can seem frivolous. Seems like they are passing this cost on to me. | • I feel confident that investing in Zillow Rentals is a good business decision<br>• Zillow is invested in being the best place to reach and drive lead volume with apartment shoppers through their renter first approach and big + strategic investments. |

[6] Claim supported by Comscore data + Brand Health Tracker, currently routing through legal

[7] Melissa Brand Messaging Framework

| | | |
|---|---|---|
| Do | • I'm trying out Zillow Rentals with some of my portfolio. | • I will list more of my portfolio and more of my total ad budget with Zillow Rentals, where Apartment Renters love to be. |

**Melissa Key Message:** Zillions of renters are coming from our national apartment seeker campaign to search for their next apartment on America's leading rentals network. Are you listing where renters are searching?

**Melissa Messaging Frameworks:**

1. **Why Zillow Rentals is a Powerhouse of support:**
**Objective:** Show Melissa that Zillow Rentals is a powerhouse of support by aggregating core messages and progress on how we: deliver reach, high-intent prospects, and empower her decisions through flexibility + insights.
    - ASC will appear as a core highlight within how we deliver reach and growth + will be a key highlight in the "what's new" story to propel consideration of progress.

| Pillar | Message |
|---|---|
| Reach Zillions for Renters | Connect with renters on the #1 most visited rentals network<br>• #1 most visited getting even larger through our National Apartment Shopper Campaign!<br>→ Based on channel strategy and tactic, expand with ASC drill down message below. |
| Connect with high-intent renters | Tools to elevate and promote renter and property understanding |
| Empower your decisions | Property, renter and market insights to inform your optimizations with flexible advertising solutions to maximize your ROAS. |

- Proof Points: Growth in total Unique Visitors, Total Multifamily Prospects, Direct Leads.
- Dependent on ROI Work: Drive "Why Zillow" consideration via data nationally & locally

2. **Grab Partner Attention & Drive Understanding of the Apartment Seeker Campaign**
**Objective:** Grab attention through the campaign and demonstrate that Zillow is renter obsessed and strategic in its approach, which leads to great partner outcomes.
    - Overarching Campaign B2B Message:
      Zillions of Renters. Ready when you are.
      Reach. Connect. Sign.
    - ASC Claim tracking

| Funnel Level | Messaging | Proof Points |
|---|---|---|
| REACH | Driving Zillions… and Zillions of Apartment Renters to your listings. | • The #1 most visited Rentals Network is getting even bigger!<br>• Our national campaign has grown our likely Apartment Shopping Audience by x%!<br>• Leveraging cross-sell to engage and connect likely apartment renters with your properties. |
| INTENT | Unlocking High-Intent Renters with our Renter-First Strategy | We are taking a Renter-first approach in how we connect and strategically equip them through their renter journey.<br><br>Emotional Connection: Our content conveys real renters and creators our renters love. (a differentiator vs our competition)<br><br>Strategically Equipping Renters: Renter Journey connection- this holistic activation doubles down on how we support renters across their Wishlist, Search, Evaluate stages of their journey.<br>• As the B2C creative is developed we can connect visuals to key journey moments |

| | | |
|---|---|---|
| | | <br>● Wishlist→ Affordability & Buy vs Rent Decision:<br>○ Cross-Sell: we're leveraging our brand reach and equity to cross-sell across buy/rent to connect likely apartment renters with your properties.<br>● Search→ Easiest way to find what's available<br>○ We're letting renters know we have inventory & the search capabilities to support them, with a targeted multimedia strategy.<br>○ Highlighting: Channels/ Influencers/ Interests for targeting<br>● Evaluate → Understand community/ amenities, online touring, listing accuracy<br>○ Speaking to how we enable them to answer each of these questions through our campaign content (map visuals). Speak to touring, amenities, and verified source. |
| RESULTS | Connecting more Renters to your properties to fill vacancies fast | ● #1 most preferred place to shop for apartments + improvements in score<br>● Driving x% growth in Multifamily direct leads<br>● Delivering X million direct leads to apartments through this campaign (recommend longer lookback to support "wow" #) |

**Seasonal Messaging Adaptations:**

| Timing | Message Adaptation | CTA |
|---|---|---|
| Pre-Launch<br>(February-March) | The #1 most visited Rentals Network is getting even bigger. Our national campaign is coming back to drive zillions of apartment renters to your listings!<br>● Last year this campaign brought in over X million apartment shoppers and drove x% of the growth in multifamily direct leads!<br>Top 3 optimizations to continue leveling up your results in 2025.<br>1. Smarter: Launch earlier: Going live early March. Activating sooner to capture and drive Spring Moving demand.<br>2. Expanded: Expanding our channel set to reach a broader apartment seeker audience<br>a. Will be reaching renters through new channels, like Connected TV (CTV)! We'll be reaching Apartment Renters while consuming their favorite shows across platforms like Hulu, Roku, Sling, Peacock & more!<br>b. Amplifying our beloved influencer content (Can show content examples and renters saying how much they love it)<br>c. Expanding cross sell comms to more likely renters using Zillow for Sale experience.<br>3. Bolder: With our renter story telling<br>a. Highlighting renter Apartment-changing moment stories<br>b. Aligning all content with key questions renters have during the Wishlist, Search, Evaluate stages to drive high-intent leads to your listings (insert cooler and more dynamic renter journey visual) | Are you ready to capture the increase in renter demand? |
| Pre-Leasing/ Start of Core Leasing<br>(March-May) | Our national apartment seeker campaign is live and attracting zillions of renters in search of their next rental.<br>● Pair with REACH & INTENT ASC Messaging above with creative journey mapping<br>● Early indicator metrics we can highlight? | Are you listing where the most renters are searching? |
| Core-Leasing: | Zillions of renters are coming from our national apartment seeker campaign to search for their next apartment and it's showing in the results that matter most to | |

PX1302-006

| | | |
|---|---|---|
| When lower funnel results delivered<br><br>(May-August) | you.<br>● Total prospects and direct leads have grown x%<br>● Apartment Seeker has driven x% of the growth in Multifamily direct leads.<br>● Bringing in x million new renters in just the first x weeks | |
| Budget Season (August- November) | Lean on "Why Zillow"/"What's New" Framework, which integrates ASC key highlights + other major business advancements to propel consideration. | |

## Campaign Details

**Timing:** Campaign will run March 3 through July (if $40M approved) OR October (if $50M+ approved)

**Media Budget:** $60M

**Target Audience Insights[8]: Apartment Seeker**

*Demographics*
- Skew younger (25-34)
- Often Unmarried, and less likely to have kids
- Typically $100k or less in household income

*Interests and Insights[9]*
- Affinity for gaming, food, culture, and music
- Busy social calendars and hallmark interests of city life – nightlife, art, and live events, including food and beverage/music festivals
- Digital-first and mobile-heavy
    - Over-index highest on Reddit, Snapchat, X, and TikTok but are heavy users of IG and LinkedIn
    - BUT, they are frequent public transit users and fans of live events, so strong OOH contenders

*Apartment Shopping Focus/Behavior*
- Apartment Seekers are looking for more urban locations and interested in large (50+ units) or medium (10-49 unit) apartment buildings
- Key things that matter when they are searching for an apartment[10]
    - Price is the most important element for triaging search results
    - The visual elements of the apartment (pictures, 3D tours)
    - Number of rooms/number of bedrooms
    - Pet policies
    - Shared amenities - like rooftop decks, fitness centers, and pet areas
- Reasons they **DO** use Zillow:
    - Brand trust
    - Search tool functionality
    - More properties
    - Zillow was rated as better at instilling confidence and retention, while Apartments.com was rated as having a better ease of navigation

**Table linking Renter need to product feature to overarching messaging theme.**

| Renter Need | Product / Feature / Claim | Quantity or Quality | Listing Penetration |
|---|---|---|---|
| A resource to find enough rental listings for Rachel to get home. A resource that instills enough confidence around listing quantity to resolve her listing FOMO. | Zillions of listings<br>The most listings<br>X listings added every day | Quantity | n/a |

[8] 2024 Apartment Shopper Survey
[9] Canvas Apartment Seeker Target Overview
[10] Apartment Shopping Synthesis

| | | | |
|---|---|---|---|
| The ability to find relevant listings for Rachel based on her preferences. | Filters, saved searches, recommendations, notifications | Quantity | n/a |
| Transparent and complete total rental costs, including hidden fees (upfront fees, parking, pet rent, common area fees, trash valet, etc) | Cost and fees summary | Quality | 2%, but see this elaboration for detail on why this might dramatically increase in ‘25. |
| Early visibility into income, credit, and lease duration requirements to avoid wasting time on apartments Rachel doesn’t qualify for. | Listing criteria | Quality | 6% |
| Accurate, credible, and real listings to avoid wasting effort in the apartment-seeking time crunch Rachel confronts. | Verified source | Quality | All Apartments on ZR (but no non-Apartments) |
| A resource that offers virtual touring options so Rachel can narrow down her search before an in-person tour. | Zillow 3D Home Tours, interactive floor plans, building layouts (Engrain maps) | Quality | 32% of Apartments on ZR |
| To find a place that accepts Rachel’s beloved pet(s). | Pet filter | Quantity | Filter on all ZR inventory |
| To find a place where Rachel can wash her clothes - in unit! | In-unit laundry filter | Quantity | Filter on all ZR inventory |
| To find a place that will keep me cool on hot summer days. | Must have A/C filter | Quantity | Filter on all ZR inventory |
| To find a place where I can splash in the pool. | Must have pool filter | Quantity | Filter on all ZR inventory |
| To find a place where my sweet ride also has a spot. | On-site parking filter | Quantity | Filter on all ZR inventory |
| To find a place close to the water. | Waterfront filter | Quantity | Filter on all ZR inventory |
| To find a place that doesn’t have carpet, because gross. | Hardwood floors filter | Quantity | Filter on all ZR inventory |
| To find a place that is accessible to me and my partner in a wheelchair | Disabled Access filter | Quantity | Filter on all ZR inventory |
| To find a place where I can entertain outdoors | Outdoor Space filter | Quantity | Filter on all ZR inventory |
| To find a place that is safe | Controlled access filter | Quantity | Filter on all ZR inventory |
| To find a place that is set up for me so I don’t have to. | Furnished filter | Quantity | Filter on all ZR inventory |
| To find a place where I don’t have to carry my groceries up 5 flights. | Elevator filter | Quantity | Filter on all ZR invengongtory |
| To find a place with a view | View filters | Quantity | Filter on all ZR inventory |

| | | | |
|---|---|---|---|
| To find a place in the school districts I need for my kids. | Nearby schools (in BDP) | Quality | Filter on all ZR inventory |
| To find a place close enough to my work, my friends, my family | Travel times (in BDP) | Quality | Filter on all ZR inventory |
| To find a place near good eats | Areas of interest (in BDP) | Quality | Filter on all ZR inventory |
| To find a place that is walkable | Walk, Transit, and Bike scores (in BDP) | Quality | Filter on all ZR inventory |
| Articles and advice for searching, moving, design ideas, and other resources that can instill more confidence in Rachel as she embarks on the fraught apartment-search journey. | Rental Search Center | Quality | n/a |

**Creative and Channel Considerations:**

- We are not prioritizing tying ASC closer in any creative or strategic way to Home Just Got Real (NBC) in 2025.
- As part of this exercise, we would like to explore a digital and/or real-life activation moment to bring this campaign to life in a high-profile way and double down on driving ZR consideration in a way that directly supplements and supports the overall campaign, messaging, and objectives.
- Make the connection for apartment shoppers that Zillow is the pre-eminent real estate site, so of course we have the best listings for apartment renters.
- Connect the creative to the real emotions and feelings behind moving apartments (see above)
    - Reasons for moving
- Explore how we could leverage or tie-in Melissa in the customer facing creative
- Show a breadth of apartment types in the creative to reflect the renting reality of all customers, but continue to err on the side of aspirational aesthetics and leverage Rachel interests areas when depicting apartments.
    - Melissa's property portfolio is 22% newer, prime location, and more amenity focused buildings (what we believe Apartment seekers want most), but 78% of her inventory is more transitional location, older, less amenity focused properties.
    - Feature apartment amenities in some way (gym, pet area, working space, etc)
- Introduce visuals that would demonstrate Melissa's experience in tandem with Rachel's. Examples:
    - Rachel browses a social ad, follows it to a ZR listing, clicks "contact property" or "schedule a tour" then a notification pops up showing what Melissa sees with the lead contact and renter profile (shows high-engaged lead)
    - Rachel browses a listing, views the 3D tour, clicks "Apply" and her application pops up that Melissa sees (shows move-ready lead)
- In crafting the GTM plan, utilize past performance and insights from 2024 ASC campaign
    - ASC Reporting Deck
    - Frontline 2024 ASC Insights
    - 2024 ASC Channel Lessons Learned
- Explore and evaluate the opportunity to incorporate "Thunderclap moments" (ie: partnerships, sponsorships, events, etc), as Marketing did in the For Sale B2C campaign with Rams sponsorship, Disney Haunted Mansion partnership, T-Pain backyard concert, etc in 2024.

**Additional Information and Insights**

**Product Considerations:**

- No upcoming relevant product changes that supersede the quantity and quality messaging we need to convey.
- No fundamental changes to core shopping experiences in 2025 that would adjust the stylized app UX.
    - Meaning, Maps and SRPs and BDPs are all going to look relatively similar now vs EOY 2025. We will see optimizations to SRP list cards, content inclusions and improvements to BDPs, and even small changes to Map dots. These are relatively minor changes that should not impact our stylized view of the app UX.
- Costs & Fees is a wild card that may launch in a big way, depending on upcoming FTC regulations (which are highly dependent on the presidential election). Costs & Fees is highly sought after by Renters and would be a strong RTB of

"Listing Quality" - not the core RTB but certainly something we would love to test SEM and Paid Social messaging around in 2025.

- Scenario 1: If FTC progresses on current path (read: Harris win), we will need to implement Cost & Fees in Q4 and our Partners will all be forced to adopt in 2025. In this scenario we would want Cost & Fees included in later waves of ASC creative (SEM and Paid Social)
- Scenario 2: If FTC changes course (read: Trump win) then we will still launch but see much smaller adoption by Partners and will therefore not look to highlight in our creative until 2026 or later.

**Other mandatories:**

- B2B/Frontline assets will be needed before campaign launch, to enable selling at the same time the campaign goes live. Specific requirements and timing coming in November 2024.