**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br>*Plaintiff*,<br>v.<br>**ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION,**<br>*Defendants*. | Case No. 1:25-cv-1638 (AJT-WBP) |
| **COMMONWEALTH OF VIRGINIA, STATE OF ARIZONA, STATE OF CONNECTICUT, STATE OF NEW YORK, and STATE OF WASHINGTON,**<br>*Plaintiffs*,<br>v.<br>**ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION,**<br>*Defendants*. | Case No. 1:25-cv-1647 (AJT-WBP) |

**NOTICE OF PROOFS OF SERVICE**

PLEASE TAKE NOTICE that Plaintiff Federal Trade Commission ("FTC" or "Commission") hereby files the attached trial subpoena proofs of service, for the subpoenas identified below, pursuant to Fed. R. Civ. P. 45(b)(4) and Local Civil Rule 45.

| **Subpoena Recipients** |
|---|
| Gonzalo De Cardenas |
| Jeremy Hofmann |

| |
|---|
| Michael Sherman |
| Jami Thomas |
| Glenn Kelman |
| Chris Nielsen |
| Evan Sauer |
| Anthemos Georgiades |
| Elisabeth Narus |
| Fred Saint |
| Julee Holland |
| Kathy Neumann |

Dated: August 20, 2026

TODD BLANCHE
Attorney General

THEOPHANI K. STAMOS
First Assistant United States Attorney

/s/ *Dennis C. Barghaan, Jr.*
DENNIS C. BARGHAAN, JR.
Chief, Civil Division
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

*Local Counsel for Plaintiff Federal Trade Commission*

**FOR PLAINTIFF FEDERAL TRADE COMMISSION:**

/s/ *Allyson M. Maltas*
ALLYSON M. MALTAS
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3646
Email: amaltas@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*

**Certificate of Service**

I, Dennis C. Barghaan, Jr., certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record, and parties may access the filing through the Court's system.

Dated: August 20, 2026

/s/ *Dennis C. Barghaan, Jr.*

DENNIS C. BARGHAAN, JR.
Chief, Civil Division
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

*Local Counsel for Plaintiff Federal Trade Commission*