Civil Action No. 1:25-cv-01638

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* Gonzalo de Cardenas

on *(date)* 08/10/2026 .

☑ I served the subpoena by delivering a copy to the named person as follows: via email to counsel identified above

on *(date)* ; or

❐ I returned the subpoena unexecuted because:

.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/10/2026

/s/ Varnitha Siva

*Server's signature*

Varnitha Sita (Attorney)

*Printed name and title*

441 G St., NW, Washington, DC 20548

*Server's address*

Additional information regarding attempted service, etc.: