# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): Please see attached list of requested authorized persons.

Subject to court policy

Electronic Device(s): One laptop and one cell phone per authorized person.

Purpose and Location Of Use: Trial coordination. Courtroom 900.

Case Name: FTC, et al. v. Zillow Group Inc., et al.

Case No.: 1:25-cv-01638-AJT-WBP

Date(s) Authorized: 8/24/2026 to conclusion of trial

IT Clearance Waived: ✓ (YES) _____ (NO)

APPROVED BY:

Date: August 21, 2026 ______________________________
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: ______________________________ ____________
IT Staff Member Date(s)

**IT clearance must be completed, unless waived, before court appearance.**

**Request for Authorization to bring electronic devices into the United States District Court for the Eastern District of Virginia**

**List of Requested Authorized Persons**

**For Plaintiff Federal Trade Commission:**

- Allyson Maltas, Attorney (cell phone and laptop)
- Jessica Drake, Attorney (cell phone and laptop)
- Isaiah Albright, Paralegal (cell phone and laptop)
- Sophia Bertucci, Paralegal (cell phone and laptop)

**For the Plaintiff States of Virginia, Arizona, Connecticut, New York, and Washington:**

- David Smith, Attorney (cell phone and laptop)
- Franklin Kanin, Attorney (cell phone and laptop)
- Julian Quinones, Attorney (cell phone and laptop)
- Michael Schwartz, Attorney (cell phone and laptop)
- Tyler Arnold, Attorney (cell phone and laptop)