**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,**<br>***Plaintiff,***<br><br>**v.**<br><br>**ZILLOW GROUP, INC.,**<br>**ZILLOW, INC., and**<br>**REDFIN CORPORATION,**<br>***Defendants.*** | ) | **Case No.**<br>**1:25-cv-1638 AJT-WBP** |
| **COMMONWEALTH OF VIRGINIA,**<br>**STATE OF ARIZONA,**<br>**STATE OF CONNECTICUT,**<br>**STATE OF NEW YORK, and**<br>**STATE OF WASHINGTON,**<br>***Plaintiffs*****,**<br><br>**v.**<br><br>**ZILLOW GROUP, INC.,**<br>**ZILLOW, INC., and**<br>**REDFIN CORPORATION,**<br>***Defendants.*** | ) | **Case No.**<br>**1:25-cv-1647 AJT-WBP** |

**NON-PARTY ZUMPER INC.'S MOTION TO SUPPLEMENT APPENDIX A OF ITS MOTION FOR THE COURT TO TAKE UP NON-PARTY'S SEALING AND PROPOSED REDACTIONS REQUEST PRIOR TO TRIAL AND/OR WITNESS TESTIMONY**

Comes Now, Non-party, Zumper, Inc. ("Zumper"), by and through undersigned counsel, and pursuant to Local Rule 5(c) and respectfully moves to supplement Zumper's Appendix A of its Motion for the Court to Take Up Non-Party's Sealing and Proposed Redactions Request Prior to Trial and/or Witness Testimony (Dkt. No. 314) (the "Motion"). Zumper is filing Notice of Motion to File Under Seal and a proposed order, pursuant to Local Civil Rule 5(c).

For reasons set forth in the accompanying Memorandum in Support, Zumper requests that this Honorable Court permit supplementing its Appendix A previously filed and permit the filing of the newly identified highly confidential trial exhibits under seal and/or subject to redactions. Zumper has legitimate confidentiality interests in protecting confidential work product and competitively sensitive strategies through sealing and/or redaction. No less restrictive option exists that would both protect confidentiality interests and still allow the parties to effectively present their arguments.

WHEREFORE, Zumper respectfully requests that this Court grant its Supplement and seal and/or redact the newly identified highly confidential trial exhibits.

Respectfully Submitted,

/s/ Paulette M. Pagán, Esq.
Paulette M. Pagán, Esq.
VSB No. 100264
Pagán Law PLLC
1717 K St NW, Ste 900
Washington, D.C. 20006
(202) 331-4024
paulette@paganlaw.com

*Counsel for Zumper, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August 2026, I caused a true and correct copy of the foregoing Non-Party Zumper, Inc.'s Motion to Supplement Appendix A of Its Motion for the Court to Take Up Non-Party's Sealing and Proposed Redactions Request Prior to Trial and/or Witness Testimony to be delivered via CM/ECF to all parties in this matter.

__________/s/_________________
Paulette M. Pagán