**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

ZILLOW GROUP, INC., ET AL.,

Defendants.

Case No. 1:25-CV-1638

**NOTICE OF WAIVER OF HEARING**

Non-party Willow Bridge Property Management Company ("Willow Bridge"), by and through counsel, pursuant to Local Rule 7(E), hereby provides notice that it waives oral argument on its Motion to File Under Seal. *See* ECF No. 339.

Dated: August 23, 2026

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: */s/ Shirin Afsous*
Shirin Afsous (VSB No. 89999)
Email: shirin.afsous@gtlaw.com
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301

Daniel P. Elms (*pro hac vice forthcoming*)
Texas State Bar No. 24002049
Email: dan.elms@gtlaw.com
Sarah Winslow (*pro hac vice forthcoming*)
Texas State Bar No. 24132941
Email: sarah.winslow@gtlaw.com
Telephone: (214) 665-3600
Facsimile: (214) 665-3601
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201

***Attorneys for Non-Party Willow Bridge Property Management Company***

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send a true and correct copy to all parties.

*/s/ Shirin Afsous*
Shirin Afsous