**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>*Plaintiff*,<br><br>v.<br><br>**ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION,**<br><br>*Defendants*. | Case No. 1:25-cv-1638 (AJT-WBP) |
| **COMMONWEALTH OF VIRGINIA, STATE OF ARIZONA, STATE OF CONNECTICUT, STATE OF NEW YORK, and STATE OF WASHINGTON,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION,**<br><br>*Defendants*. | Case No. 1:25-cv-1647 (AJT-WBP) |

**JOINT MOTION FOR ENTRY OF STIPULATED FINAL ORDER FOR EQUITABLE RELIEF**

Plaintiff Federal Trade Commission ("Commission" or "FTC") and Plaintiffs Commonwealth of Virginia and States of Arizona, Connecticut, New York, and Washington (collectively, "Plaintiff States;" collectively with the Commission, "Plaintiffs") along with Defendants Zillow Group, Inc., Zillow, Inc. (collectively, "Zillow"), and Redfin Corporation ("Redfin," collectively with Zillow, "Defendants") respectfully move this Court to enter the accompanying Stipulated Final Order for Equitable Relief ("Stipulated Final Order") reached through settlement negotiations among the parties. Entry of the Stipulated Final Order will end

the litigation. A copy of the Stipulated Final Order is attached as Exhibit A. As grounds for this request, the Parties state as follows:

1. On September 30, 2025, the FTC filed a Complaint against Zillow and Redfin alleging unlawful agreements, unfair methods of competition, and an illegal acquisition. On October 1, 2025, the Plaintiff States filed a Complaint against Zillow and Redfin alleging unlawful agreements and an illegal acquisition. The Court denied Defendants' Motion to Dismiss on May 6, 2026. On May 20, 2026, Defendants answered Plaintiffs' Complaints and denied the allegations in the Complaints.

2. In the Complaints, Plaintiffs seek: (1) entry of structural relief to cure the anticompetitive harm, prevent future harm, and undo the continuing effects of past harm; (2) a permanent injunction to prevent the continuation of the conduct at issue and to prevent similar and related conduct in the future; and (3) any other equitable relief the Court finds necessary. The State Plaintiffs also seek reasonable attorneys' fees and costs. In their Answers, Defendants deny any relief is appropriate.

3. The Stipulated Final Order has been approved by each Defendant and signed by each Defendant's respective counsel. The Stipulated Final Order also has been approved by each Plaintiff and signed by each Plaintiff's respective counsel.

4. The Parties jointly request that the Court enter the attached Stipulated Final Order and place it on the public record, thereby bringing this litigation to an end and fully resolving this matter, and retain jurisdiction for the purposes of construction, modification, and enforcement of the Stipulated Final Order.

Dated: August 24, 2026

TODD W. BLANCHE
UNITED STATES ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

/s/ *Dennis C. Barghaan, Jr.*
DENNIS C. BARGHAAN, JR.
Chief, Civil Division
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

*Local Counsel for Plaintiff Federal Trade Commission*

**FOR PLAINTIFF FEDERAL TRADE COMMISSION:**

/s/ *Allyson M. Maltas*
ALLYSON M. MALTAS
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3646
Email: amaltas@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*

**FOR PLAINTIFF COMMONWEALTH OF VIRGINIA:**

JAY JONES
Attorney General of Virginia

/s/ *Tyler T. Henry*
TYLER T. HENRY (Virginia Bar No. 87621)
Senior Assistant Attorney General
DAVID C. SMITH (Virginia Bar No. 80944)
Assistant Attorney General
Antitrust Unit

Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 692-0485
Email: thenry@oag.state.va.us

*Counsel for Plaintiff Commonwealth of Virginia and Local Counsel for Plaintiffs Arizona, Connecticut, New York, and Washington*

**FOR PLAINTIFF STATE OF ARIZONA:**

KRISTIN K. MAYES
Attorney General of Arizona

SARAH PELTON (admitted *pro hac vice*)
Office of the Arizona Attorney General
Consumer Protection & Advocacy Section
2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: (602) 542-3725
Email: Sarah.Pelton@azag.gov

*Counsel for Plaintiff State of Arizona*

**FOR PLAINTIFF STATE OF CONNECTICUT:**

WILLIAM TONG
Attorney General of Connecticut

NICOLE DEMERS
Deputy Associate Attorney General

JULIÁN A. QUIÑONES REYES (admitted *pro hac vice*)
FRANKLIN KANIN (admitted *pro hac vice*)
Assistant Attorney General
Office of the Connecticut Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5030
Email: Julian.Quinones@ct.gov
Email: Franklin.Kanin@ct.gov

*Counsel for Plaintiff State of Connecticut*

**FOR PLAINTIFF STATE OF NEW YORK:**

LETITIA JAMES
Attorney General of New York

ELINOR R. HOFFMANN (admitted *pro hac vice*)
Chief, Antitrust Bureau
AMY MCFARLANE (admitted *pro hac vice*)
Deputy Bureau Chief, Antitrust Bureau
MICHAEL SCHWARTZ (admitted *pro hac vice*)
Senior Enforcement Counsel
MARIA LUISA DI LAURO (admitted *pro hac vice*)
Assistant Attorney General

New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8269
Email: Elinor.Hoffmann@ag.ny.gov

*Counsel for Plaintiff State of New York*

**FOR PLAINTIFF STATE OF WASHINGTON:**

NICHOLAS W. BROWN
Attorney General of Washington

AMY N. L. HANSON (admitted *pro hac vice*)
Senior Managing Assistant Attorney General
TYLER W. ARNOLD (admitted *pro hac vice*)
Assistant Attorney General
Antitrust Division

Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 464-5419 (Hanson)
Telephone: (206) 464-7030 (Arnold)
Email: amy.hanson@atg.wa.gov
Email: tyler.arnold@atg.wa.gov

*Counsel for Plaintiff State of Washington*

**FOR DEFENDANTS ZILLOW GROUP, INC, AND ZILLOW, INC.**

*/s/ Ryan A. Shores*
Ryan A. Shores (VA 65934)
D. Bruce Hoffman (*pro hac vice*)
Blair W. Matthews (*pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1876
Email: rshores@cgsh.com
Email: bhoffman@cgsh.com
Email: bmatthews@cgsh.com

Heather Nyong'o (*pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
650 California Street, Suite 2400
San Francisco, CA 94108
Telephone: (415) 796-4480
Email: hnyongo@cgsh.com

Beau W. Buffier (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
31 West 52nd Street, Fifth Floor
New York, New York 10019 41
Telephone: (917) 412-6461
Email: bbuffier@wsgr.com

*Counsel for Defendants Zillow Group, Inc. and Zillow, Inc.*

**FOR DEFENDANT REDFIN CORPORATION**

*/s/ Daniel J. Richardson*
Daniel J. Richardson (VSB 94961)
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW
Washington, DC 20006
Telephone: (202) 956-7024
Facsimile: (202) 293-6330
Email: richardsond@sullcrom.com

Sharon L. Nelles (*pro hac vice*)
Jeffrey T. Scott (*pro hac vice*)
SULLIVAN & CROMWELL LLP

125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: nelless@sullcrom.com
Email: scottj@sullcrom.com

Kyle W. Mach (*pro hac vice*)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, CA 94301
Telephone: (650) 461-5600
Facsimile: (650) 461-5700
Email: machk@sullcrom.com

*Counsel for Defendant Redfin Corporation*

**CERTIFICATE OF SERVICE**

I, Daniel Richardson, certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record, and parties may access the filing through the Court's system.

Dated: August 24, 2026

/s/ *Daniel J. Richardson*
Daniel J. Richardson (VA 94961)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW
Washington, DC 20006
Telephone: (202) 956-7024
Fax: (202) 293-6330
Email: richardsond@sullcrom.com

*Counsel for Defendant Redfin Corporation*